SEALED

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 05-404-02 | MAGIS. NO: |
|---|---|---|
| V. <br> ADAN CASTILLO LOPEZ, et. al. | | ...ESTED |
| DOB:          PDID: | | FILED <br> NOV 1 6 2005 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRING TO IMPORT FIVE KILOGRAMS OR MORE OF COCAINE INTO THE UNITED STATES;

CONSPIRACY TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE KNOWING THAT IT WOULD BE IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

ASSET FORFEITURE

### UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF: 21:952, 960, and 963; 21:959, 960, and 963; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT: <br> **HWOB** | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE ALAN KAY | DATE ISSUED: <br> November 10, 2005 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: <br> 11/10/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 11/10/05 | NAME AND TITLE OF ARRESTING OFFICER (Reporting) <br> Fitzgerald, Derrick  DUSM | SIGNATURE OF ARRESTING OFFICER (Reporting) [signature] |
|---|---|---|
| HIDTA   Yes ___   No X <br> CASE: | | OCDETF CASE:   Yes ___   No X |