AO 470 (8/85) Order of Temporary Detention

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

_Jorge Garcia_
Defendant

FILED
NOV 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: _05-404-2_

Upon motion of the _Government_, it is ORDERED that a detention hearing is set for _11-21-05_ * at _9:30 a.m._
                                                        Date                            Time

before _Magistrate Judge Deborah A. Robinson_
                Name of Judicial Officer

_Courtroom, 25 First Floor_
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                     Other Custodial Official

Date: _11/16/05_                                        _/s/ Robinson_
                                                        Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.