**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. Cr-05-404 (RMC) |
| v. : | Next Date:  11/21/05 |
| : | |
| JORGE AGUILAR : | |

## DEFENDANT JORGE AGUILAR'S CONSENT
## MOTION TO CONTINUE STATUS HEARING

Defendant Jorge Aguilar ("Aguilar"), by and through undersigned counsel, respectfully moves the Honorable Court to vacate the status hearing scheduled for March 24, 2006.  In support of this motion, Mr. Aguilar states as follows:

1. This matter is scheduled for a status hearing on March 24, 2006.

2. As the Court is aware, undersigned is currently involved in a protracted trial before the Court in United States v. Franklin, et. al.  As a result of his participation in that case, counsel has been unable to fully investigate Mr. Aguilar's case and needs additional time to do so and have a meaningful dialogue with the government.

3. The government and co-defendant Castillo's counsel consent to this motion.  The Court's Deputy Clerk informed the undersigned that counsel for co-defendant Palacios also consents to this motion.

4. As a result of this request for a continuance, Mr. Aguilar waives his Speedy Trial rights from March 24, 2006, until the next status hearing, to be set by the Court.  Undersigned counsel understands that both co-defendants also waive their Speedy Trial rights in the same manner.

**WHEREFORE**, for the foregoing reason and any others that may become apparent to the Court, Mr. Aguilar respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
       March 22, 2006                    Respectfully submitted,

                                         **LAW OFFICE OF A. EDUARDO BALAREZO**


                         By:    _____
                                A. Eduardo Balarezo (Bar # 462659)
                                400 Fifth Street, NW
                                Suite 300
                                Washington, DC  20001
                                (202) 639-0999

                                *Attorney for Jorge Aguilar*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of March 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Consent Motion to Continue Status Hearing to be delivered via Electronic Case Filing to the Parties in this case.

_____
A. Eduardo Balarezo