**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Case No. 05-CR-404(2) (RMC) |
| *v.* | : | Next Date:  3/24/06 |
| | : | |
| JORGE AGUILAR | : | |

**ORDER**

Upon consideration of Defendant Jorge Aguilar's Consent Motion to Continue

Status Hearing, it is this _____ day of_____ 2006 hereby:

**ORDERED**, that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the Status Hearing currently scheduled for March 24, 2006, is

**VACATED**.  The new status hearing is scheduled for _____ 2006.


_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**