U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File    Related Files | 3. File No. |
|---|---|---|
| 5. By: Margaret B. Callery, SA  At: SOD/959 | | 6. File Title |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  11/17/05 |

9. Other Officers: SA Robert Zachariasewich, SA William S. Brown

10. Report Re: Interview of Jorge AGUILLAR-Lopez

**DETAILS**

1. Reference DEA-6 by Special Agent (SA) Matthew Mahoney regarding arrest of Guatemalan Senior Port Official Jorge AGUILLAR-Lopez on November 15, 2005. Reference DEA-6 by Group Supervisor Brian Dodd regarding the Interview of Adan CASTILLO-Aguilar (aka: Adan CASTILLO-Lopez.)

2. SA Margaret B. Callery read AGUILLAR his Miranda Rights, to which he verbally stated that he understood, and agreed to speak with agents. In addition, AGUILLAR was provided the Miranda Rights Spanish form, which he read and signed, as witnessed by SA Callery and SA Zachariasiewicz.

3. AGUILLAR made the following statements during the course of the interview:

   a. With regard to meeting with two individuals on November 7, 2005 at Champs Restaurant in the Marriott Hotel in Guatemala City, Guatemala, AGUILLAR advised that they were conducting an investigation on a trafficking organization, but had not had time to identify the traffickers. AGUILLAR stated that his boss was Adan CASTILLO-Aguilar and that he believed that CASTILLO's superiors knew about this investigation.

   b. AGUILLAR advised that the drug traffickers in Guatemala were very powerful, and that investigating them was a delicate matter. He

| 11. Distribution: | 12. Signature (Agent)  Margaret B. Callery, SA | 13. Date  11-28-05 |
|---|---|---|
| District  Other | 14. Approved (Name and Title)  Brian Dodd  Group Supervisor | 15. Date  11-29-05 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

4 - Extra

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

| U.S. Department of Justice<br>Drug Enforcement Administration | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>(Continuation) |  | |
| | 3. File Title | |
| 4.<br>Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared<br>11/17/05 | |

further stated that he has made mistakes (while getting close to traffickers.)

c. After viewing a copy of the video of the exchange of money, AGUILLAR stated that he did not see himself accepting any money. He later stated that the money that was received (in the video) was not in evidence, but AGUILLAR stopped short of saying where the money was. (Agents Note: U.S. Currency was located in his hotel room subsequent to arrest. A large portion of this USC contained the same serial numbers as the U.S. Currency that was passed by a Confidential Informant on November 7, 2005, in Guatemala City.)

d. AGUILLAR indicated that it was unfair that he was arrested when there were bad persons in Guatemala.



1. AGUILLAR-Garcia, Jorge
2. CASTILLO-Aguilar, Adan
(AKA: CASTILLO-Lopez, Adan)

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

4 - Extra

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.