UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. Cr-05-404 (RMC)** |
| *v*. : | **Next Date:  7/6/06** |
| : | |
| **JORGE AGUILAR** : | |

## ORDER

Upon consideration of Defendant's Motion to Suppress Statements and Incorporated Memorandum of Points and Authorities in Support Thereof, the government's response, and the record of the evidentiary hearing in this matter, it is this ____ day of _____, 2006, hereby

      **ORDERED,** that this Motion is **GRANTED**; and it further

      **ORDERED,** that the government shall be barred from using Defendant Aguilar's custodial statements at the trial in this case.

                                            _____
                                            **ROSEMARY M. COLLYER**
                                            **UNITED STATES DISTRICT JUDGE**