## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. Cr-05-404 (RMC)** |
| *v.* : | **Next Date: 7/6/06** |
| : | |
| **JORGE AGUILAR** : | |

### ORDER

Upon consideration of Defendant Aguilar's Motion to Disclose Identities of Each Confidential Informant Regardless of Whether They Will Testify and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition, it is this _____ day of_____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**