UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. Cr-05-404 (RMC)** |
| *v.* | : | Next Date: 7/6/06 |
| | : | |
| **JORGE AGUILAR** | : | |

### ORDER

Upon consideration of Defendant Aguilar's Motion for a Preliminary Determination of Conspiracy and Pretrial Ruling on the Admissibility of Co-Conspirators' Statements Pursuant to Rule of Evidence 802(d)(2)(E), and Memorandum of Points and Authorities in Support Thereof and any opposition thereto, it is this _____ day of _____ 2006, hereby:

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**