**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | **:** | |
| | **:** | **Criminal No. Cr-05-404 (RMC)** |
| ***v.*** | **:** | **Next Date:  7/6/06** |
| | **:** | |
| **JORGE AGUILAR** | **:** | |

## O R D E R

Upon consideration of Defendant Aguilar's Motion to Dismiss Indictment for

Failure to State the Essential Facts Constituting Offenses Charged and Incorporated

Memorandum of Points and Authorities in Support Thereof and any opposition, it is this \_\_\_\_\_

day of_____ 2005, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.


_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**