UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. Cr-05-404 (RMC)** |
| *v*. | : | Next Date: 7/6/06 |
| | : | |
| **JORGE AGUILAR** | : | |

## O R D E R

Upon consideration of Defendant Aguilar's Motion for an Order Directing the United States to Specify All Evidence That May be Subject to Suppression and Memorandum of Points and Authorities in Support Thereof and any opposition, it is this _____ day of _____ 2006 hereby

**ORDERED**, that the Defendant's Motion is hereby **GRANTED**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**