**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Case No. 05-CR-404(2) (RMC)** |
| *v.* : | **Next Date: 3/24/06** |
| : | |
| **JORGE AGUILAR** : | |

## ORDER

Upon consideration of Defendant Aguilar's Consent Motion for F.R.E. 404(b) Notice and Memorandum in Support, it is this _____ day of_____ 2006 hereby:

**ORDERED**, that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the government is directed to disclose forthwith to the defense any and all evidence it intends to introduce pursuant to Federal Rule of Evidence 404(b).

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**