## TRAVEL AUTHORIZATION

**Authorized Traveler:**     A. Eduardo Balarezo

**Case Name:**     United States v. Jorge Aguilar, Case No. 05-CR-404(9)

**Authorized Travel Dates:**

**Purpose of Travel:**     Pre-trial investigation

FILED

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above described trip in connection with your providing representation under the Criminal Justice Act.

    You are authorized to contact Omega World Travel @ 1-866-450-0401 to request reservation for airline tickets, train tickets, hotel accommodations, and car rentals. You must provide Omega with your case name and number and must identify yourself as a CJA Panel member of Washington, DC and advise OMEGA that your tickets are to be charged to that Court's account. You may instruct OMEGA where to deliver the tickets.

    A copy of this travel authorization as well as a copy of the airplane tickets, or other applicable receipts must be attached to your voucher for audit purposes. Our internal accounting control number for this trip(s) is D.C. CJA FPD.

Dated: Washington, DC

_12 June_ 2006

_Rosemary M Collyer_
United States District Court Judge