UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. Cr-05-404 (RMC)** |
| *v*. : | **Next Date: 7/6/06** |
| : | |
| **JORGE AGUILAR** : | |

### DEFENDANT AGUILAR'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE PRE-TRIAL MOTIONS

Defendant Jorge Aguilar ("Aguilar"), by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 45(b), hereby respectfully moves the Court for an enlargement of time to file pre-trial motions. As grounds for this motion, Mr. Aguilar states as follows:

1. At the last status hearing on May 12, the Court set June 12, 2006, as the deadline for the filing of pre-trial motions. Counsel for Mr. Aguilar filed various motions on June 7, 2006.

2. On June 13, the day after the motions deadline, the government filed a second superseding indictment alleging a separate conspiracy in two counts. As of the date of this motion, the government has not provided any discovery regarding the new charges.[1]

3. Due to the lack in discovery pertaining to the new charges, and the government's filing the new indictment after the motions deadline, Mr. Aguilar is unable to file any pretrial motions relevant to the new charges.

4.

---

[1] The second superseding indictment is the subject of a separate pending motion to dismiss or, alternatively, for a bill of particulars.

     5.    Counsel contacted AUSA Paul Laymon regarding this motion and the government does not oppose.

**WHEREFORE**, for the foregoing reasons and others that may become apparent to the Court, Mr. Aguilar respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
       June 21, 2006                        Respectfully submitted,

                                             **LAW OFFICE OF A. EDUARDO BALAREZO**

                                             _____
                                             A. Eduardo Balarezo (Bar No. 462659)
                                             400 Fifth Street, N.W.
                                             Suite 300
                                             Washington, D.C. 20001
                                             (202) 639-0999 (tel)
                                             (202) 783-5407 (fax)

                                             *Attorney for Jorge Aguilar*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 21st day of June, I caused a true and correct copy of the foregoing Defendant Aguilar's Consent Motion for Enlargement of Time to File Pre-Trial Motions to be delivered to the parties in this case via Electronic Case filing.

                                                                                          _____

                                                                                           A. Eduardo Balarezo