**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. Cr-05-404 (RMC)** |
| *v*. : | **Next Date: 7/6/06** |
| : | |
| **JORGE AGUILAR** : | |

## **O R D E R**

Upon consideration of Defendant Aguilar's Consent Motion for Enlargement of Time to File Pre-Trial Motions, it is this _____ day of _____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant have until _____ 2006, to file pre-trial motions.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**