UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. Cr-05-404 (RMC) |
| v. : | |
| : | |
| JORGE AGUILAR : | |

### DEFENDANT'S NOTICE OF FILING

Defendant Jorge Aguilar ("Aguilar"), by and through undersigned counsel, respectfully requests that the attached Defendant's Second Request for Discovery be made part of the record in this case:

Dated: Washington, DC
       June 21, 2006              Respectfully submitted,

                                  **LAW OFFICE OF A. EDUARDO BALAREZO**


                         By:      _____
                                  A. Eduardo Balarezo (Bar # 462659)
                                  400 Fifth Street, NW
                                  Suite 300
                                  Washington, DC  20001

                                  *Attorney for Defendant Jorge Aguilar*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June 2006, I caused a true and correct copy of the foregoing Defendant's Notice of Filing to be delivered via Electronic Case Filing to:

    Paul W. Laymon, Esq.
    Trial Attorney
    Department of Justice
    1400 New York Avenue, NW
    Washington, DC 20005

_____
A. Eduardo Balarezo