UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. Cr-05-404 (RMC)** |
| *v.* | : | Next Date:  11/21/05 |
| | : | |
| **JORGE AGUILAR** | : | |

**DEFENDANT JORGE AGUILAR'S CONSENT
MOTION TO CONTINUE MOTIONS HEARING**

Defendant Jorge Aguilar ("Aguilar"), by and through undersigned counsel, respectfully moves the Honorable Court to vacate the motion hearing scheduled for July 6, 2006.  In support of this motion, Mr. Aguilar states as follows:

1. At the last status hearing on May 12, the Court set June 12, 2006, as the deadline for the filing of pre-trial motions and July 6, 2006, as the date for a hearing on these motions.  Counsel for Mr. Aguilar filed various motions on June 7, 2006.

2. On June 13, the day after the motions filing deadline, the government filed a second superseding indictment alleging a separate conspiracy in two counts.  As of the date of this motion, the government has not provided any discovery regarding the new charges.[1]

3. Due to the lack of discovery pertaining to the new charges, and the government's filing the new indictment after the motions deadline, Mr. Aguilar is unable to file any pretrial motions relevant to the new charges prior to the current motions hearing date.  Thus, counsel believes that in the interest of judicial economy and time management, it would be

---

[1] The first superseding indictment is the subject of a separate pending motion to dismiss or, alternatively, for a bill of particulars.  Counsel has spoken to AUSA Paul Laymon who orally provided counsel with some background information related to the new counts.

preferable for discovery to be completed and for all motions related to this case to be litigated at once.

    4.    Counsel contacted AUSA Paul Laymon regarding this motion and the government does not oppose.

**WHEREFORE**, for the foregoing reasons and others that may become apparent to the Court, Mr. Aguilar respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
      June 26, 2006                      Respectfully submitted,

                                         **LAW OFFICE OF A. EDUARDO BALAREZO**

                          By:    _____
                                A. Eduardo Balarezo (Bar # 462659)
                                400 Fifth Street, NW
                                Suite 300
                                Washington, DC  20001
                                (202) 639-0999

                                *Attorney for Jorge Aguilar*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Consent Motion to Continue Motions Hearing to be delivered via Electronic Case Filing to the Parties in this case.

_____
A. Eduardo Balarezo