UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v.* : | Next Date: 3/24/06 |
| : | |
| **JORGE AGUILAR** : | |

# ORDER

Upon consideration of Defendant Jorge Aguilar's Consent Motion to Continue Motions Hearing, it is this _____ day of_____ 2006 hereby:

**ORDERED**, that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the Motions Hearing currently scheduled for July 6, 2006, is **VACATED**.  The new motions hearing is scheduled for _____ 2006.


_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**