UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :   Case No. 05-CR-404(2) (RMC) |
| *v.* | : |
| | : |
| **JORGE AGUILAR** | : |

**ORDER**

Upon consideration of Defendant Aguilar's Motion to Dismiss Indictment or, Alternatively, to Compel Government to Elect From Among Multiplicitous Counts and Incorporated Memorandum of Points and authorities in Support Thereof, and any opposition thereto, it is this _____ day of_____ 2006, hereby:

**ORDERED**, that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the government is directed to elect whether it will proceed to trial on Counts 1 and 2 or Counts 3 and 4 of the Indictment; and it is further

**ORDERED**, that upon the government's failure to make such an election the Indictment will be **DISMISSED**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**