# GOVERNMENT EXHIBIT LIST

1. Photo of container at port
2. Photo of lock on container
3. Photo of sleeve on container
4. Photo of blue barrels in container
5. Photo of top of barrel
6. Photo of dog searching barrels
7. Photo of field testing kit
8. Photo of officers moving barrel
9. Photo of inside barrel
10. Photo of kilograms on floor
11. Photo of kilograms on floor
12. Photo of container on scale
13. Photo of kilogram
14. Photo of kilogram
15. Photo of kilogram
16. Collective photos of cocaine bagged on floor
17. Aguilar hotel room search warrant
18. Castillo hotel room search warrant
19. Transcript of N3 telephone call in English
20. Transcript of N3 telephone call in Spanish
21. Transcript of N11 telephone call in English
22. Transcript of N11 telephone call in Spanish

23. Transcript of N12 telephone call in English

24. Transcript of N12 telephone call in Spanish

25. Video Sept 1 meeting

26. Transcript of Sept 1 English

27. Transcript of Sept 1 Spanish

28. Video Sept 20 meeting

29. Transcript of Sept 20 meeting English

30. Transcript of Sept 20 meeting Spanish

31. Video Nov 7 meeting

32. Transcript Nov 7 meeting English

33. Transcript Nov 7 meeting Spanish

34. Map Central American

35. Map Guatemala

36. Map N and S America

37. Lab report SAIA HQS search

38. Lab report port search

39. Palacios plea agreement

40. Palacios fact basis

41. Castillo plea agreement

42. Castillo fact basis

43. Palacios search warrant

44. Diagram Castillo office

45. Photo of suitcase and kilograms in Castillo office

46. Collective photos of US currency in office
47. Photo of money and items in office
48. Photo of kilograms on office floor
49. Photo of suitcase under sink
50. Photo of suitcase on table
51. Photo of open suitcase with kilograms in it
52. Photo of SAIA bldg
53. Photo of Castillo office desk
54. Photo of suitcase
55. Photo of suitcase and kilograms in couch area
56. Photo of 19 kilograms on tile floor
57. Photo of barrel with logo on it
58. Photo of kilograms from container on warehouse floor
59. Recording of telephone call
60. Recording of telephone call
61. Recording of telephone call
62. Recording of telephone call
63. Recording of telephone call
64. Recording of telephone call
65. Transcript of telephone call
66. Transcript of telephone call
67. Transcript of telephone call
68. Transcript of telephone call

69. Transcript of telephone call
70. Transcript of telephone call
71. Money seized from Palacios
72. Money seized from Aguilar
73. Serial numbers of DEA money
74. Copy of Spanish Miranda waiver form
75. Castillo business card
76. Phone ledger
77. Still photo
78. Still photo
79. Still photo
80. Still photo
81. Still photo
82. Still photo
83. Still photo
84. Still photo
85. Excerpt of transcript
86. Excerpt of transcript
87. Excerpt of transcript
88. Excerpt of transcript
89. Excerpt of transcript
90. Excerpt of transcript
91. Excerpt of transcript

92. Excerpt of transcript

93. Excerpt of transcript

94. Excerpt of transcript

95. Excerpt of transcript

96. Excerpt of transcript

97. Excerpt of transcript

98. Excerpt of transcript

99. Excerpt of transcript

100. Excerpt of transcript

101. Extract of Guatamala  law

102. Cargo document from Palacios

103. Cargo document from port