UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | Case No. 05-CR-404(2) (RMC) |
| *v.* | : | |
| | : | |
| **JORGE AGUILAR** | : | |

## VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

1. **Count One - Conspiracy to Import 5 or more kilograms of cocaine into the United States, from on or about July 17, 2005 and continuing thereafter up to an including November 16, 2005.**

    **Not Guilty:** _____         **Guilty:** _____

    Controlled Substances

    (A)   a mixture or substance containing cocaine, a Schedule II controlled substance

    **Not Proven:** _____         **Proven:** _____

    If you find the defendant guilty of Count One, conspiracy to import cocaine into the United States, then you must answer the following question relating to the amount for which the defendant is responsible, which the defendant knew or reasonably could have foreseen would be imported in the furtherance of the conspiracy.

    (A)   5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

    **Not Proven:** _____         **Proven:** _____

    If you are unable to find unanimously that the amount of cocaine exceeded 5 kilograms, then you should consider whether the drug quantity was:

1

    (B)    More than 500 grams but less than 5 kilograms of a mixture and substance containing a detectable amount of cocaine.

        **Not Proven:** _____        **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine exceeded 500 grams but was less than 5 kilograms, then you should consider whether the drug quantity was:

    (C)    Less than 500 grams of a mixture and substance containing a detectable amount of cocaine.

        **Not Proven:** _____        **Proven:** _____

**2.**    **Count Two - Conspiracy to Distribute 5 or more kilograms of cocaine knowing and intending that the cocaine would be imported into the United States, from on or about July 17, 2005 and continuing thereafter up to an including November 16, 2005.**

        **Not Guilty:** _____        **Guilty:** _____

<u>Controlled Substances</u>

    (B)    a mixture or substance containing cocaine, a Schedule II controlled substance

        **Not Proven:** _____        **Proven:** _____

If you find the defendant guilty of Count Two, conspiracy to distribute cocaine knowing and intending that the cocaine would be imported into the United States, then you must answer the following question relating to the amount for which the defendant is responsible, which the defendant knew or reasonably could have foreseen would be distributed in furtherance of the conspiracy.

    (D)    5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

        **Not Proven:** _____        **Proven:** _____

If you are unable to find unanimously that the amount of cocaine exceeded 5 kilograms, then you should consider whether the drug quantity was:

    (E)    More than 500 grams but less than 5 kilograms of a mixture and substance containing a detectable amount of cocaine.

        **Not Proven:** _____        **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine exceeded 500 grams but was less than 5 kilograms, then you should consider whether the drug quantity was:

    (F)    Less than 500 grams of a mixture and substance containing a detectable amount of cocaine.

        **Not Proven:** _____        **Proven:** _____

**3.**    **Count Three - Conspiracy to Import 5 or more kilograms of cocaine into the United States from on or about August 1, 2005 and continuing thereafter up to an including November 20, 2005.**

        **Not Guilty:** _____        **Guilty:** _____

<u>Controlled Substances</u>

    (C)    a mixture or substance containing cocaine, a Schedule II controlled substance

        **Not Proven:** _____        **Proven:** _____

If you find the defendant guilty of Count One, conspiracy to import cocaine into the United States, then you must answer the following question relating to the amount for which the defendant is responsible, which the defendant knew or reasonably could have foreseen would be imported in the furtherance of the conspiracy.

    (G)    5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

        **Not Proven:** _____        **Proven:** _____

If you are unable to find unanimously that the amount of cocaine exceeded 5 kilograms, then you should consider whether the drug quantity was:

    (H)    More than 500 grams but less than 5 kilograms of a mixture and substance containing a detectable amount of cocaine.

        **Not Proven:** _____        **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine exceeded 500 grams but was less than 5 kilograms, then you should consider whether the drug quantity was:

(I)   Less than 500 grams of a mixture and substance containing a detectable amount of cocaine.

**Not Proven:** _____          **Proven:** _____

**4.   Count Four - Conspiracy to Distribute 5 or more kilograms of cocaine knowing and intending that the cocaine would be imported into the United States, from on or about August 1, 2005 and continuing thereafter up to an including November 20, 2005.**

**Not Guilty:** _____          **Guilty:** _____

Controlled Substances

(D)   a mixture or substance containing cocaine, a Schedule II controlled substance

**Not Proven:** _____          **Proven:** _____

If you find the defendant guilty of Count Two, conspiracy to distribute cocaine knowing and intending that the cocaine would be imported into the United States, then you must answer the following question relating to the amount for which the defendant is responsible, which the defendant knew or reasonably could have foreseen would be distributed in furtherance of the conspiracy.

(J)   5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

**Not Proven:** _____          **Proven:** _____

If you are unable to find unanimously that the amount of cocaine exceeded 5 kilograms, then you should consider whether the drug quantity was:

(K)   More than 500 grams but less than 5 kilograms of a mixture and substance containing a detectable amount of cocaine.

**Not Proven:** _____          **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine exceeded 500

grams but was less than 5 kilograms, then you should consider whether the drug quantity was:

      (L)    Less than 500 grams of a mixture and substance containing a detectable amount of cocaine.

**Not Proven:** _____    **Proven:** _____