UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 05-404** |
| | : | |
| v. | : | |
| | : | |
| **JORGE AGUILAR** | : | |

## ORDER

The Court, having heard and considered the Government's Motion to Allow Witness to Use a Pseudonym, ORDERS that the government witness, an informant in the above-captioned case, may testify using a pseudonym, and not his given, true name.

_____
JUDGE ROSEMARY COLLYER
U.S. DISTRICT COURT


_____
DATE