UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v*. : | |
| : | |
| JORGE AGUILAR : | |

**DEFENDANT'S MOTION FOR A SHAVE AND HAIRCUT**

Defendant Jorge Aguilar ("Aguilar"), by and through undersigned counsel, respectfully moves this Honorable Court for an order directing the Warden of the Correctional Treatment Facility (CTF) to provide Mr. Aguilar with a haircut and daily shave prior to and during his upcoming trial. In support of this motion, Mr. Aguilar states as follows:

1. Mr. Aguilar is currently held without bond at CTF pending trial in this case. Trial is schedule to begin next week. As such, Mr. Aguilar does not have the independent ability to shave or to get a haircut as needed to maintain his personal grooming standards.

2. Mr. Aguilar desires to appear before the jury neatly groomed and not in a disheveled manner.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Mr. Aguilar respectfully requests that the Court issue an Order directing the Warden of the Correctional Treatment Facility to provide Mr. Aguilar a haircut and daily shave while his trial is ongoing.

Dated: Washington, DC
      August 15, 2006                    Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____

A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Jorge Aguilar*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 15th day of August 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Motion for a Shave and a Haircut to be delivered to the parties in this matter via Electronic Case Filing.

                _____
                A. Eduardo Balarezo