UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v.* : | |
| : | |
| **JORGE AGUILAR** : | |

### ORDER

Upon consideration of Defendant's Motion for a Shave and a Haircut, it is this

\_\_\_ day of _____ 2006, hereby

**ORDERED,** that defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the Warden of the Correctional Treatment Facility is hereby directed to provide Jorge Aguilar Garcia, DCDC # 307371, access to a haircut and a daily shave beginning August 21, 2006, and continuing day to day until the trial in this matter is completed.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**cc:**

Warden
Correctional Treatment Facility
1901 E Street, SE
Washington, DC  20003

The Parties in this case (via ECF)