UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Case No. 05-CR-404(2) (RMC) |
| v. : | |
| : | |
| JORGE AGUILAR : | |

## DEFENDANT'S MOTION FOR A CLOTHING ORDER

Defendant Jorge Aguilar ("Aguilar"), by and through undersigned counsel, respectfully requests this Honorable Court to issue an Order directing the United States Marshall's service or any other relevant authority to permit Mr. Aguilar to dress in civilian clothes during his trial in this case.

As support for this motion, Mr. Aguilar states as follows:

1. Mr. Aguilar is currently held without bond at the Correctional Treatment Facility ("CTF") pending trial in this case.

2. Denial of this motion would force Mr. Aguilar to appear before the jury in his blue CTF jumpsuit, thus prejudicing the jury against Mr. Aguilar and greatly diminishing the presumption of innocence that all defendants enjoy.  See Estelle v. Williams, 425 U.S. 501 (1976).

WHEREFORE, for the foregoing reasons, Mr. Aguilar respectfully requests that the Honorable Court order the United States Marshall's service or any other relevant authority to permit Mr. Aguilar to dress in civilian clothes during trial in this case.

Dated: Washington, DC
      August 15, 2006                      Respectfully submitted,

                                     **LAW OFFICE OF A. EDUARDO BALAREZO**

                             By: _____
                                  A. Eduardo Balarezo (Bar # 462659)
                                  400 Fifth Street, NW
                                  Suite 300
                                  Washington, DC  20001
                                  (202) 639-0999

                                  *Attorney for Defendant Jorge Aguilar*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of August 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Motion for a Clothing Order to be delivered to the parties in this case via Electronic Case Filing.

_____
A. Eduardo Balarezo