UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Case No. 05-CR-404(2) (RMC)** |
| *v.* | : | |
| | : | |
| **JORGE AGUILAR** | : | |

## ORDER

This matter comes before the Court upon consideration of the Defendant's Motion for a Clothing Order. Having reviewed the motion, it is this _____ day of _____, 2006, hereby:

**ORDERED**, that the United States Marshall's Office or other relevant authority permit Jorge Aguilar, DCDC # 307371, to dress in civilian clothes, to be provided by his counsel, during the trial of this matter.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**cc:**

United States Marshal for the District of Columbia
US Courthouse
333 Constitution Avenue, NW
Washington, DC  20001

Counsel for the Parties (via ECF)