UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Case No. 05-CR-404(2) (RMC)** |
| *v.* : | |
| : | |
| **JORGE AGUILAR** : | |

### ORDER

Upon consideration of the Government's Motion to Allow Witness to Use Pseudonym, Defendant's opposition thereto, and Defendant's Motion to Exclude Witness' Testimony, it is this ___ day of _____ 2006, hereby

**ORDERED**, that the government's Motion is **DENIED**; and it is further

**ORDERED,** that defendant's Motion is **GRANTED** and that the government is foreclosed from introducing the testimony of the informant described in the Government's Motion at the trial of this case.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**cc:**

The Parties in this case (via ECF)