UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v.* : | |
| : | |
| **JORGE AGUILAR** : | |

### ORDER

Upon consideration of Defendant's Motion in Limine to Exclude Transcripts and Audio Recordings of November 7, 2005 Meeting, it is this ___ day of _____ 2006, hereby

**ORDERED**, that defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the government is prohibited from playing to the jury the audio portion of the November 7, 2005, meeting; and it is further

**ORDERED**, that the government is prohibited from publishing to the jury any transcript of the November 7, 2005, meeting.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**cc:**
The Parties in this case (via ECF)