UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Case No. 05-CR-404(2) (RMC)** |
| *v.* : | |
| : | |
| **JORGE AGUILAR** : | |

### ORDER

Upon consideration of the Government's Motion for a Continuance and Defendant's opposition thereto, it is this ___ day of _____ 2006, hereby

**ORDERED**, that the government's Motion is **DENIED**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**cc:**

The Parties in this case (via ECF)