# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. Cr-05-404 (RMC)** |
| *v.* | : | |
| | : | |
| **JORGE AGUILAR** | : | |

### DEFENDANT'S NOTICE OF INTENT
### TO USE PUBLIC AUTHORITY DEFENSE

Defendant Jorge Aguilar ("Aguilar"), by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 12.3, hereby serves notice of the government of his intent to rely on a public authority defense and states as follows:

1.     Law enforcement agency involved:  *Servicio de Analisis e Informacion Antinarcoticos* ("SAIA")

*2.*     Agency member on whose behalf Defendant acted:  Adan Castillo; chief, SAIA

2.     Time during which Defendant acted under public authority:  all times relevant to the indictment in this case.

WHEREFORE, Defendant Aguilar hereby serves notice on the Government of his intent to rely on a defense of public authority.

Dated: Washington, DC
       August 17, 2006                    Respectfully submitted,

                                          **LAW OFFICE OF A. EDUARDO BALAREZO**

                         By:     _____
                                 A. Eduardo Balarezo (Bar # 462659)
                                 400 Fifth Street, NW
                                 Suite 300
                                 Washington, DC  20001

                                 *Attorney for Defendant Jorge Aguilar*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 17th day of August 2006, I caused a true and correct copy of the foregoing Defendant's Notice of Intent to Use Public Authority Defense to be delivered via Electronic Case Filing to the parties in this case.

_____

A. Eduardo Balarezo