UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v*. : | |
| : | |
| **JORGE AGUILAR** : | |

### ORDER

Upon consideration of Defendant Aguilar's Motion to Sever Defendants and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition, it is this _____ day of_____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Parties in this Case