AFFIDAVIT OF MARTHA OFFUT

My name is Martha Offut and I work as a Spanish language translator for the Drug Enforcement Administration (DEA) in Chantilly, Virginia.  I am a certified translator and I work as a translator with the DEA..

I was born in Barranquilla, Colombia and lived in Colombia until I was six years of age.  I grew up in Miami, Florida, speaking English, Portuguese, and Spanish.   I lived in Colombia for almost 10 years, between the ages of 20 and 30.  I lived for three years in Mexico City, for three years in Costa Rica, and for the last four years I have lived in the Washington, DC area.   I attended university in Colombia and in Costa Rica.  I consider myself to be a fluent Spanish speaker, who is familiar with the way in which Spanish is spoken in Colombia, Mexico, and Guatemala.

One part of my job at the DEA is to listen to audio recordings of meetings with Spanish speaking  targets and to translate those recordings.  Elisa Lambert, another DEA translator, and I both listened to and translated telephone calls and meetings involving the Guatemalan defendants, Adan Castillo, Jorge Aguilar, and Orlando Palacios.   To listen to the telephone calls and meetings,  I used a computer with external speakers.   I also had  head phones available, which made it easier to hear what was being said.  I specifically listened to and assisted in the translation of the meeting, involving Adan Castillo and Jorge Aguilar,  which occurred on November 7, 2005.  I found the audio portion of the November 7 meeting to be quite audible.  As someone who is very familiar with how Spanish is spoken by those from Colombia and Guatemala, that is, as someone who is familiar with Colombian accents and Guatemalan accents, I would say that it was easy to comprehend what was being said at the November 7 meeting.  I

would note that the informant effected a Colombian accent at the November 7 meeting. In fact, his Colombian accent is quite good. I was usually able to hear what was being said and feel that the audio portion of the meeting was 90% audible. There would be occasions where I would stop the audio and rewind it so I could listen to it again, but that was in part to clarify who was speaking or to attempt to discern what was being said when two speakers tried to talk over each other.

                                                                                                       _____

                                                                                                       Martha Offut  
                                                                                                       Translator