## AFFIDAVIT OF ELISA LAMBERT

My name is Elisa Lambert and I work as a Spanish language translator for the Drug Enforcement Administration (DEA) in Chantilly, Virginia. I am a certified translator and have worked as a translator with the DEA for approximately three years.

I grew up speaking Spanish and English and consider myself to be fluent in Spanish. I have a college degree in Latin Studies with a minor in Spanish. I lived for five years in two Spanish speaking countries, about 18 months in Uruguay and for more than three years in Chile. I taught Spanish for two years in a high school in Las Vegas, Nevada. After teaching Spanish for those two years, I came to work for the DEA.

One part of my job at the DEA is to listen to audio recordings of meetings with Spanish speaking targets and to translate those recordings. Martha Offut, another DEA translator, and I both listened to and translated telephone calls and meetings involving the Guatemalan defendants, Adan Castillo, Jorge Aguilar, and Orlando Palacios. To listen to the telephone calls and meetings, I used a computer with external speakers. I also had head phones available, which made it easier to hear what was being said. I specifically listened to and assisted in the translation of the meeting, involving Adan Castillo and Jorge Aguilar, which occurred on November 7, 2005. I found the audio portion of the November 7 meeting to be audible, and on the better end of undercover tapes I have listened to and translated. Sometimes the words were loud and clear, especially when the speakers were not talking about drug business. Sometimes the speakers used lower voices. However, I was usually able to hear what was being said. There would be occasions where I would stop the audio and rewind it so I could listen to it again, but that was in part to clarify who was speaking or to attempt to discern what was being said when

two speakers  tried to talk over each other.

After a rough transcript of the November 7 meeting was completed,  I met with the

informant and together we reviewed the audio portion of the November 7 tape.   The informant

was helpful in explaining idioms used in the meeting, identifying who was talking, and helping to

identify what was said when more than one person was talking at a time.


_____

Elisa Lambert
Translator