Case:          **AD-05-0011**

Exhibit:       **N-13**

Date:          11-07-2005

Length:        1 hour and 25 minutes (7 CD's)

Description:   Meeting

Language:      English Translation

Participants:  Confidential Source(CS)

               Unidentified Male (UM)

               Jorge AGUILAR-García aka "Sierra Victor" (JA)

               Adán CASTILLO- Aguilar (AC)

               Waiter/Waitress (WA)

**CD #1 [13:57]**

BEGINNING OF PERTINENT CONVERSATION (9:35)

// ADAN CASTILLO (AC) AND JORGE AGUILAR (JA) ENTER RESTAURANT. THEY EXCHANGE GREETINGS AND SHAKE HANDS //

WA:     Do you want to see the drink menu?

AC:     //NODS HIS HEAD//

CS:     What do you want to drink?

UM:     Don't you want a whiskey?

JA:     Yes, yes.

AC:     //MUMBLES SOMETHING UNINTELLIGIBLE//

UM:     Honey! Get my friend here a whiskey.  Black Label, right?

JA:     Yes, yes.

UM:     An ounce? Or two (2) ounces?

JA:     An ounce.

CS:     Buchanan's? You want Buchanan's?

JA:     Yes, yes.

CS:     //SPEAKS SIMULTANEOUSLY // Yeah. Buchanan's?  Do you have eighteen (18) year old?

WA:     //SPEAKS SIMULTANEOUSLY // Yes. Twelve (12) year.

UM:     Twelve (12)? All right. // UNINTELLIGIBLE //

WA:     Do you want it with water or club soda?

JA:     With club soda, please.

WA:     Club soda?

CS:     Change this and bring me one too.

UM:    When did you stop drinking?

AC:    Around March.

UM:    Do you know that I haven't had a drink in fourteen (14) years? I stopped on a January fifteenth (15).

AC:    Uh-huh.

WA:    //UNINTELLIGIBLE//.

AC:    Get me //UNINTELLIGIBLE//.

WA:    Okay.

AC:    //UNINTELLIGIBLE//

**JA:    [10:45] So is everything ready, brother?**

**UM:    Uh-huh.**

**JA:    Everything's there?**

**CS:    Ready. It's all ready. Uh…the equipment will be arriving… more or less by the end of the month.  It's leaving from "Puerto Colón" (Colon Port).**

WA:    Did you tell me yours was with water or club soda?

CS:    With soda, please.

**UM:    I think that…I think that's…supposed to leave…that Negra told Gato that only he was supposed to receive it.  I don't know what the plan is.**

**CS:    Yes, yes. He asked me to please send that over to him.**

**JA:    Only to him.**

**CS:    // SPEAKS SIMULTANEOUSLY// So we are going to send it to him. Uh…so that you have an idea, right?  That will be arriving more or less by the end of the month, around the… twenty-eighth (28) or the twenty ninth (29th).**

**JA:    Yeah.**

**CS:    Approximately. Uh…it's coming on… it's coming on the "Seaworld" [SIC] line, right?**

**UM:    Uh, yeah.**

**CS:** **And it's leaving from Puerto Colón to here. Right? And when it enters, it goes directly to the port and then to the Tecum border, like we talked about.**

UM: What are you drinking?

CS: I'm going to have the same as the friend.

UM: Whiskey?

**CS:** **Yes. So then…eh… there are two thousand (2,000) animals coming because we wanted to do a small test run but my boss told me that you guys were giving me the option of, of doing a test run and that way reducing the price. If that is able to cross to the other side, then the other will be on its way the following week…**

**JA:** **Uh-huh.**

**CS:** **Right?  And everything is going to be done as agreed.**

**JA:** **And its all coming carefully and well protected?**

**CS:** **Everything's coming, everything's coming, it's all coming in "caletas" (traps, hidden compartments underneath the floor).  And we are going to pay the taxes.**

**JA:** **Uh-huh.**

**CS:** **Right?  Everything that's coming is clothes.**

**JA:** **Uh-huh.**

**CS:** **Right? Now, it's possible…//STOPS TALKING WHILE WAITRESS SERVES DRINKS//**

**UM:**  **//UNINTELLIGIBLE//**

**WA:** **//UNINTELLIGIBLE//**

**CS:** **Thank you. //MAKES TOAST// Cheers!!!**

**JA:** **Cheers!**

**UM:** **Cheers, buddy!!!**

**JA:**    **So listen buddy, isn't it coming… isn't there any way to disorient the dogs? Because when they run the dogs they always…**

**CS:**    **That's why I asked. And the friend told me that…**

**JA:**    **//SPEAK SIMULTANEOUSLY// //UNINTELLIGIBLE//**

**CS:**    **//SPEAK SIMULTANEOUSLY//… they weren't going to…**

**JA:**    **SPEAK SIMULTANEOUSLY// //UNINTELLIGIBLE// don't treat it or anything.**

**UM:**    **But I'm just asking if it's coming separated or not.**

**CS:**    **We can put something in it.**

**JA:**    **Uh-huh.**

**CS:**    **I mean it's coming already well packed. It's coming in a condom.**

**JA:**    **Right.**

**CS:**    **And besides the condom has it. But I can see if it's better if we put it in another condom and add some…we can also fill it up with grease and, and... But I don't know if that would work, you guys, you know better.**

**AC:**    **No, were just going to… we're just going to help you get it across.**

**CS:**    **And we'll see what happens with the other. And then the other thing is leaving there. Like we talked about before, the protection from there to over there. Right? Because we don't…**

**JA:**    **Uh-huh.**

**CS:**    **We don't want anything to happen… to happen on the way. [13:42]**

UM:    For there to be change in plans. //PAUSE// We had already ordered something for ourselves, I don't know if you guys want to eat something, some meat or want more drinks…

JA:    No.

UM:    Or drinks or something?

JA:    No, it's okay.

UM:    Do you guys want to eat something?  We can order…

**CD #2 (13:45)**

UM:    …a pizza. Do you want something else? Something other than pizza?  If you don't like pizza.

JA:    No, that's fine.

AC:    No, no.

JA:    No, we're good.

UM:    Look, I'm going to stay over there…

JA:    Uh-huh.

UM:    … as your guarantee.

CS:    Uh-huh. Yeah, that's one of the conditions that my boss requested, because you are the ones that know the friend, so we are going to let you guys do that.

UM:    I'm going to stay over there as your guarantee, as a favor.

JA:    Uh huh.

UM:    If something happens, I'm your guarantee, your guarantee… // UNINTELLIGIBLE// I… starting… //UNINTELLIGIBLE// ice.

CS:    Starting the twentieth (20th) I'm going to rent an apartment. If you could help me find one in a good location, so that we don't have any problems.

JA:    Yeah, yeah.

CS:    You just let me know and I'll rent an apartment or a house, and I'll stay there. Right? I'm going to be here from the twentieth (20th) and I won't leave until we finish working. Right? You all tell me when to stop.

JA:    Uh-huh.

**CS:    [00:55] They are going to bring in, they are going to bring in two… loaded. Two thousand (2,000) and the third one we are just going to give to you.**

**JA:    Uh-huh.**

**CS:**   **It's three hundred (300). So first, we are going to bring in two, a total of four thousand (4,000).  And the third one's going to have three-hundred (300) and that one is a gift for you and you can give it to the guys. [1:16]**

**UM:**   The first time I'm going to stay as a guarantee //UNINTELLIGIBLE//.

**CS:**   //UNINTELLIGIBLE// I know, I know that it's a matter of trust, // LAUGHS // so much…one has to trust, right? I told my boss you just got to trust. There's no other way that we would be able to work unless we trust.

**JA:**   Of course.

**CS:**   Right?

**JA:**   It's time that we trust each other.

**CS:**   Yes, I told my boss that we have to… we have to… go ahead and do that.

**UM:**   I'm going over there, buddy. I'm going over there… in Colombia. As a guarantee for what you all do over here. //UNINTELLIGIBLE// I don't think there will be any mistakes.

**JA:**   No, well at least up until now…

**UM:**   Well no //UNINTELLIGIBLE// no idea.

**CS:**   Taxes are going to paid normally for what is comes in, right? We're going to… uh… so whatever is usually taxed, we will pay legally.

**JA:**   Right.

**CS:**   Not if … So if they say that we have to pay twenty ($20,000), thirty thousand ($30,000) dollars, we are going to pay it as usual. Like it was normal.

**JA:**   Normal.

**CS:**   Right?

**JA:**   What we need to talk to Gato about is that… I think that… what do you call him? Uhm… the one who does the…

**AC:**   The dispatcher?

**CS:**   Oh, to pay the taxes? Oh, I don't know how you guys are going to do that.

**UM:**   I'll do it over here before leaving.

CS:     Oh, right.

UM:     I'll introduce you to him.

CS:     Make sure he's on top of things.

UM:     Yes.

JA:     In fact…

UM:     No one needs to see or know what's inside.

CS:     No, no! No one will know.

JA:     No one knows.

CS:     This is between us and nobody knows. The only ones that know are him, me that I'm coming from over there and you. But…

UM:     Gatillo [referring to Gato].

JA:     Uh-huh. The friend.

**CS:     [2:59] Adan's friend. Now, I brought a present for you guys, a magazine from over there.**

**AC:     Uh-huh.**

**CS:     Right? // HANDS ADAN CASTILLO MAGAZINE. //**

**AC:     Okay.**

**UM:     Don't let it fall out, boss. Did you see what's inside?**

**AC:     //OPENS THE MAGAZINE AND THERE'S MONEY INSIDE//**

**CS:     And there's another one in there too.**

**UM:     It's split up.**

**AC:     All right.**

**CS:     Now, the friend //UNINTELLIGIBLE// is also requesting some of that, I don't know if you can give him some of that. Right?**

**UM:**   **The friend's is in there too.**

**CS:**   **As well. Mm hmm.**

**UM:**   **…both of them are there.**

**CS:**   **For both of you. It's in there.**

**JA:**   **We've got to take some out of there for the friend.**

**CS:**   **You've got to take some out of there for the friend. Right? And uh… not the other thing is… [3:42]**

UM:   Of course it doesn't say anything. //THEY ALL LAUGH//.

CS:   The other thing is…

UM:   //U/I//, but I'm not going to say anything.

JA:   Oh, yeah.

UM:   Did you get the message?

AC:   Oh, yes.

UM:   Perfect. //LAUGHS//

CS:   The…the…the other thing…  //UNINTELLIGIBLE//. Yes, yes. We have to trust, if we don't trust each other…

JA:   If we are involved in this, we have to trust each other.

CS:   Yes. If we don't trust you then, we are going to have problems, right? I know that you told me that you are going to be transferred, so we have to do the job as quickly as possible.

   //SIMULTANEOUS UNINTELLIGIBLE CONVERSATION BETWEEN UM AND AC. //

UM:   I'm going to give this telephone number. //UNINTELLIGIBLE//

JA:   Over there?

CS:   The problem is that I have to go now to… to Mexico.

UM:    //UNINTELLIGIBLE// Gatillo.

**CS:** [4:45] I have to… I have to go to the border with the United States and arrange everything over there. Right? The jump for the… for the gringos. How…square away everything that has to be done there, and then I have to return, and that same day I'm returning with more money. Right? Actually, there's another thing that I wanted to ask you both. So you can trust us, I'm going to bring from over there, from Mexico… I mean, they are going to give me the money in the United States, and I'm going to bring it down here by land. Is there any way you guys can help me? Because honestly… when we're on our way back I'm afraid that they'll follow us. You know?

**JA:** We can support you out there by protecting it from the border all the way to…

**CS:** //INTERRUPTS// Because the…the money that's coming is yours.

**AC:** Uh-huh.

**CS:** Right?

**UM:** It's part of… part of…

**CS:** No, no, no, we already spoke about that. Five hundred thousand dollars ($500,000.00)… for everything, right? We already spoke about that, we already spoke about that, and that's what is exactly coming there, your money is exactly what's coming there. Plus, I'm coming… and the car can go directly to you all. Right? If you all, if you all have someone that can be in possession of the vehicle starting at the border that would be better for me because I…

**JA:** Yeah, that's not a problem.

**CS:** Right?

**JA:** We can… we can figure that out.

**UM:** I'm… I'm going to be…  with that one. It's not a problem.

**CS:** Right. Cause they…

**UM:** The thing is I'm going to be there, close by.

**CS:** The main, the main show of trust here is that you all are going to take possession of everything. I mean if something goes wrong…

**UM:** //UNINTELLIGIBLE //

**CS:    It's going to be bad for us, because we are pretty much giving everything -- the money in advance and what's on it's way, right?**

**JA:    Nothing has to go wrong.**

**CS:    No, right.**

**JA:    It won't go wrong.**

**CS:    No, no, no…That's what I'm saying. [6:43]** We trust you all. Right?  //SPEAK SIMULTANEOUSLY// Otherwise it's not going to turn out well.

JA:    //SPEAK SIMULTANEOUSLY// //UNINTELLIGIBLE//

UM:    //SPEAK SIMULTANEOUSLY// Everything is going to be fine. So like I was saying, we… we… we're not just talking about five (5) pesos.

JA:    Oh, no, Right.

UM:    //UNINTELLIGIBLE//

CS:    Yeah.

UM:    It's a lot of money.

CS:    Well, cheers!

JA:    Cheers!

CS:    So we're on the same…project.

JA:    The same track!

UM:    //UNINTELLIGIBLE//

JA:    Uh-huh.

UM:    Luck… and hard work.

AC:    We have some sea support. Oh no, there's a train, right? We know…

UM:    Yeah. Yeah there is. They had Gato guarding prisoners close by.

AC:    In the morning?

UM:     // SPEAKS SIMULTANEOUSLY// Yes, sir.

AC:     Like at four o' clock in the morning.

CS:     Just one…

UM:     Yeah.

CS:     One question.  Is it better… in Peten. Is it better…what's it called?

JA:     //INTERRUPTS// //UNINTELLIGIBLE//

CS:     The one that's right next to Mexico and Belize. What's it called? What's that department?

UM:     Peten.

CS:     Peten? Which one is better?  //PAUSE// You guys that know the area, right? Which one is better?

JA:     To cross.. the border, right?

CS:     Yes. The one that goes all the way up there…

JA:     Up north, right?

CS:     … to the gringos.

AC:     Well there's very little…very little…

UM:     I think that Peten's very //UNINTELLIGIBLE//.

JA:     The only problem with Peten is an area that…there's a lot of unemployment and so when the see one of those vehicles…

UM:     //UNINTELLIGIBLE//. No, forget about Peten. Let's go to //UNINTELLIGIBLE//.

AC:     Plus to cross there, there aren't any…

UM:     //SPEAK SIMULTANEOUSLY// It's small. In Peten, //UNINTELLIGIBLE//, I swear.

JA:     There aren't borders. There aren't borders. Right there isn't… convenient.

AC:     We should go to Tocumen in order to //UNINTELLIGIBLE//.

CS:    No…no…no…that's why I'm asking, because…

JA:    //UNINTELLIGIBLE//

CS:    Right.

UM:    There you can go to  //UNINTELLIGIBLE// and there you would have time to start working with cars.

JA     And then you could go to //UNINTELLIGIBLE// and from there where?

UM:    You go… go through an area called "Cardenas" [SIC] and then from there you already know about the Mendoza sons of bitches and the "Blancos."

CS:    One question…

UM:    //UNINTELLIGIBLE//

CS:    Would it be inconvenient for you if we change… change the merchandise here so that we could… I'm going to bring down some clothes from here to Mexico. Things at the border are squared away, but we want to do things legally. They were telling me that coffee arrives here and also that…

AC:    //CELLULAR TELEPHONE RINGS. ASIDE: Hello? Good.  I have been calling him and don't…I'll call you in a little bit…Yes. //UNINTELLIGIBLE//

AC:    Because if that's going to Mexico…

JA:    To take that down there could be a very risky job.

CS:    So, do you believe that the clothes that we are bringing…I would rather bring that //UNINTELLIGIBLE// …because that's coming… //SPEAK SIMULTANEOUSLY// from Panama.

AC:    //SPEAK SIMULTANEOUSLY// from Panama.

CS:    So we were thinking that that's not convenient.

JA:    It's not convenient and you know why?  Because they are going to suspect.

CS:    So, so…we need to know about a place where we could unload all those clothes //UNINTELLIGIBLE// you.

AC:    Well we could find a place.

JA:     //NODS HIS HEAD//

CS:     If you want we can give it you. Or you can… You can sell it. You can do whatever you want with it. Right?

UM:     Well, we can wash the clothes.

CS:     Yes, what are we going to do with it, sell it?

UM:     We can put it in the warehouse.

JA:     We could do it slowly… //SPEAKS IN LOW VOICE// //UNINTELLIGIBLE//

UM:     And...what other than clothes is coming? //UNINTELLIGIBLE//

CS:     //UNINTELLIGIBLE// No… they told me that also some toilets. And door knobs.

UM:     Also that?

CS:     That also, yes. That could be sent on the second trip, so that we don't have to put it with the clothes.

UM:     And…are they also going to throw that to hell?

JA:     But, what else are we going to do?

AC:     We need to find a place where we can…. We need to find a warehouse.

CS:     Uh-huh.

JA:     //NODS HIS HEAD//

UM:     But where are we going to put shit like that?

AC:     No, you can leave it //UNINTELLIGIBLE//

CS:     No, because the container comes with all the paperwork.

AC:     Could we unload it and load it again?

CS:     But, but what can we load it with? Would you //UNINTELLIGIBLE//

JA:     //UNINTELLIGIBLE// comes with the paperwork. //UNINTELLIGIBLE// here in Guatemala.

CS:     So tell me, just tell me… //UNINTELLIGIBLE// wash all the clothes?

JA:     Because we have to think about that.

UM:     Some kind of warehouse.

JA:     Because that's not part of the plan.

CS:     //SPEAK SIMULTANEOUSLY// //UNINTELLIGIBLE// on the road…

UM:     //SPEAK SIMULTANEOUSLY// on the road…Anyways, what happens if we put that container, the ideal thing to do would be since it's going to be on the coast, to find a warehouse around //UNINTELLIGIBLE// where we can put that.

JA:     A farm might be better.

UM:     //UNINTELLIGIBLE//

JA:     //UNINTELLIGIBLE//

AC:     // CELLULAR TELEPHONE RINGS. ASIDE: What's that?...What's that?...Hello?//

JA:     And would the paperwork come?

CS:     Wool pants and shirts.

JA:     Okay but, what would it say like about the style or like where it says it's from…

UM:     Guatemala.

CS:     Guatemala, in the name of a company that he gave me.

JA:     //UNINTELLIGIBLE//

CS:     That's coming on the name of the company that he gave me.

AC:     // ASIDE SPEAKING INTO TELEPHONE. UNINTELLIGIBLE CONVERSATION. //

JA:     //UNINTELLIGIBLE//

UM:     //UNINTELLIGIBLE// difficult. All that shit is difficult.

JA:     //UNINTELLIGIBLE//

CS:     It's a 40 feet container.

AC:     That's big.

CS:     Right, since they are coming from… it's a big container.

AC:     That's really big.

CS:     Yeah, a forty (40) foot one is big. And there's like… approximately sixty (60) to seventy (70) thousand dollars worth of clothes coming.

UM:     How much?

CS:     Like sixty (60) thousand dollars in clothes.

UM:     That much?

CS:     Yeah.

**CS #3 (13:46)**

UM:     …it's going to be good for Christmas also we're going to //UNINTELLIGIBLE// but you already know …

CS:     We're going to have to put it in the cold …

UM:     …that shit once it leaves the warehouse.  And the longest that the stuff can be there for is for five (5) or six (6) days.

JA:     Yeah?  At most?  Like three (3) days.

UM:     Where do we deliver it?  Who do we deliver the clothes to?   Damn! //UNINTELLIGIBLE//    Do you have a way to move it?

JA:     //HAS MOUTH FULL, SHAKES HEAD INDICATING YES// Yes, //UNINTELLIGIBLE//

CS:     It's forty (40) foot container because there are two thousand (2,000) "animals" so we can't, we can't put it in small containers, it has to be in large containers.

AC:      //UNINTELLIGIBLE//

CS:     All the "fondo" (bottom) is in there.

JA:     //SHAKES HEAD IN AFFIRMATION//

UM:   Don't say anything to Gato. You can tell them, "Yes, they did give me fifteen (15) pesos." And what can they say?

CS:   But no, it seems that …

JA:   //UNINTELLIGIBLE// //JORGE SMILES PROFUSELY AND SHAKES HIS HEAD// But he called and told me that no and that …

UM:   //INTERRUPTS// That he was going to give you?

JA:   Yes.  Uh-huh …

UM:   //INTERRUPTS// If you give him five (5) pesos then //UNINTELLIGIBLE// Gato.

JA:   He called me and told me the friend was going to arrive on Sunday …

UM:   //INTERRUPTS// Pure bullshit!

JA:   …with some  souvenirs and I told him that if I couldn't receive them then

UM:   No, no.

JA:   …that if not then we should be working on the same …

CS:   //INTERRUPTS// I do the same thing.

JA:   …from the same base (poss. base price), right?

CS:   If you could give him something until I return …

JA:   //SUBJECT SHAKES HEAD UP AND DOWN IN AFFIRMATION//

CS:   Do you know why?  Because I only brought a little right now because …

JA:   //SPEAKS SIMULTANEOUSLY// Sure, I'll give him something.

CS:   //SPEAKS SIMULTANEOUSLY// That's just for you all to have for the gasoline and to have there for a little while.

JA:   Uh-huh.

CS:   But in reality, like I was telling you, when I come back now, I return from over there, from Mexico on the twenty-second (22nd).

UM:   //UNINTELLIGIBLE// here?

JA:     No, //UNINTELLIGIBLE//.

CS:     So then I'm going to call from over there and say take the vehicle so that you all take possession of the vehicle, right?

JA:     //SHAKES HEAD AND AFFIRMS WITH MOUTH FULL OF POPCORN// And trust me that the business deal will go well for you, don't you worry.

CS:     Yes, yes, that's the problem because I didn't bring a lot because I'm going up there.

JA:     //SHAKES HEAD AND AFFIRMS //That's the thing, we are going to see how to do it to …One feels bad, right?

CS:     Yes, while the …

UM:     //INTERRUPTS// We have to give him a little something.   I thought you were going to leave me to give him with.

CS:     //SPEAKS SIMULTANEOUSLY// But the thing is that I have to …I have expenses to cover.

UM:     //SPEAKS SIMULTANEOUSLY// I'll give to //UNINTELLIGIBLE//

CS:     Right? And you had told me that…

JA:     Huh?

UM:     Yes, I'll give it to him.

JA:     //UNINTELLIGIBLE//

CS:     Right? Right?  And you told me that you were going to go with me.

UM:     Yes, I'm going, I'm going, I'm going.

CS:     //UNINTELLIGIBLE// It's because it's //UNINTELLIGIBLE//.

UM:     Because of that guy, that's how we met him.

CS:     // INTERRUPTS// No, no.

UM:     I already knew him.  But …

CS:     Yes, I know, I know but when we come back later on it's going to be… the money is going to be there.

UM:     Alright, you look into that.

AC:     // ASIDE CELLULAR TELEPHONE UNINTELLIGIBLE CONVERSATION. //

JA:     // SHAKES HEAD //

UM:     Right? And that //UNINTELLIGIBLE//

AC:     // ASIDE CELLULAR TELEPHONE UNINTELLIGIBLE CONVERSATION. //

JA:     Yeah, let's let a little bit of time go by.

AC:     // ASIDE CELLULAR TELEPHONE UNINTELLIGIBLE CONVERSATION. //

UM:     Oh, okay, okay, please.  You had told me that //UNINTELLIGIBLE// was going to go there.

AC:     // ASIDE CELLULAR TELEPHONE CONVERSATION: It's going to be there tomorrow.  //

JA:     The thing is that we had a lot of work; I told you how it went that time, right?

AC:     //SPEAKS SIMULTANEOUSLY// // ASIDE CELLULAR TELEPHONE CONVERSATION: No, for earlier. //

JA:     //SPEAKS SIMULTANEOUSLY// I can't, you understand?

UM:     //UNINTELLIGIBLE//

CS:     //UNINTELLIGIBLE//

JA:     //SHAKES HEAD IN AFFIRMATION//

UM:     There is ten thousand dollars (10,000).  You all call me and we will be waiting.

CS:     We have to wait a little while longer because the car is coming and he is going to give it to us beforehand.

UM:     Do you want them to bring you another?  Do you want them to bring you another drink?

JA:     Alright, they can bring me another.   It will be good for me.

UM:     Bring him another one**. [3:38]  I was telling Sierra Victor here that, that you all should split things with Gatillo between the three (3) of you, is that possible to do or not?**

**AC:**     **Yes.**

**UM:**     **Now?**

**CS:**     **Now, what they brought us …**

**AC:**     **//INTERRUPTS// And tell him not to be embarrassed about the "little gift" that they brought us.  Tell him not be shy about it.**

**UM:**     **Yes, you keep four (4) and then three (3).**

**CS:**     **The problem is that I am, that we are going back up there.  So then I didn't bring that much money.**

**AC:**     **Uh-huh.**

**CS:**     **But when we come back now we are going to bring what's yours, what you had asked me for, right?  So then you are going to take possession of that right away.  I am calculating that I'll be here on the 22nd or the 23rd coming in and I'm going to give it to you all and you all calculate …an apartment that I can rent.  If you can do me the favor of telling me where and I will get there and pay the apartment right away.**

**JA:**     **I had been thinking is that we could rent a little apartment, right?  So that we have it closer //UNINTELLIGIBLE//.  That way we're not at a hotel.**

**AC:**     **More for… for his own security.**

**JA:**     **For his own security.  And so he could be…so that he can be like informing us.  Because they're not really familiar with it.**

**AC:**     **For security. Because here is drag.**

**CS:**     **That's why. You have to tell me where, where the safe area is, right?  [4:56]**

UM:     In the zone ten (10). Zone ten (10) where zone fourteen (14) is.

AC:     //SHAKES HIS HEAD IN AGREEMENT. //  Yeah, it could be in really like…

JA:     //UNINTELLIGIBLE//

JA:     Huh?  Yeah.

AC:     //UNINTELLIGIBLE//

UM:     There, where you guys are. Son, do me a favor. You want another ounce?

CS:     Yes.

UM:     What are you drinking?

CS:     Buchanan's (whiskey).

UM:     Two (2) ounces of Buchanan's, please?

WA:     What would you like it with it?

UM:     Bring them to us straight. Buchanan's. Son!

JA:     With soda.

CS:     Bring the soda…

UM:     Bring the soda on the side. Exactly, that's what they should have done.

JA:     //LAUGHS// It's because they are cheap.

CS:     Yeah! The thing is that they don't put it all in.

JA:     //LAUGHING//

UM:     Yeah.

JA:     They short you.

UM:     // SPEAKS SIMULTANEOUSLY // Yes, all you do is drink the shit and drink and it doesn't do anything.

JA:     // SPEAKS SIMULTANEOUSLY // You drink that shit and nothing happens. It's pure water!

UM:     Where you all stayed last time //UNINTELLIGIBLE// Damn, they drank three (3) bottles of whiskey.   Don't you remember?  With the "Licenciado" (lawyer)!  Don't you remember that //UNINTELLIGIBLE//

JA:     Oh, yes, yes.  When we went to //UNINTELLIGIBLE//

UM:     Yeah.

JA:     I saw the "Licenciado" not too long ago for another case.

UM:     What now?

JA:     We captured some //UNINTELLIGIBLE// in //UNINTELLIGIBLE//, you know.

UM:     Ah!

AC:     And then all of a sudden he shows up where the guys are because he wanted to do the proceedings, you know.

UM:     Ah!

JA:     Then they call me and //UNINTELLIGIBLE// I was outside and I didn't notice, I said, "Go ahead."  Right? He told me, "look, I already wanted to... //UNINTELLIGIBLE//

UM:     //LAUGHS//

JA:     He goes overboard.  The ass hole doesn't know us.  I saw him and told him //LAUGHS // we took a long time.  No, that's excellent, I just want to //UNINTELLIGIBLE//

UM:     Oh, yeah?

JA:     Yes, because it came from a good source.  He heard it.

UM:     You all have brought over a lot of jobs, right?  Damn straight, that's better.  Pure shit!

**JA:     [7:00] And that last one, can't we bring it up to five (5)? This three (3) one.**

**UM:     Instead of five-hundred (500)?  Half of that is garbage, man.**

**AC:     If you can.  You know they don't come one-hundred percent (100%).**

**UM:     The "bazuco," what's left over.**

**CS:     Do you all do test it?**

**JA:     Yes, but it's just a test that shows…**

**UM:     Shows if it has something.**

**CS:     But don't you all do a test on it where the percentages come out?**

**AC:**   **Yes, it shows the percentages. Just so that fifty (50) percent comes out.**

**CS:**   **Doesn't it matter?**

**AC:**   **Huh?  Yes, yes.**

**UM:**   **That's what they work with.  That's how damn much there is.**

**CS:**   **So then we are going to split it?  [7:35]**

//WAITER SERVES THEM THEIR FOOD//

WA:   Here it is.  //LAUGHS//

UM:   There they are giving you Red Label, so you don't go thinking that they are giving you Buchanan's.

CS:   Well yeah.. //LAUGHS// That's why they have to bring the bottle.

UM:   The bottle over to there.

CS:   Fifty-four (54) //UNINTELLIGIBLE//, right?

AC:   Six (6) years.

JA:    And we ordered //UNINTELLIGIBLE//.

UM:   //LAUGHS//  //UNINTELLIGIBLE//.

AC:   //SHAKES HEAD//

UM:   Why did you stop drinking?  Because you wanted to or why?

AC:   Yes, had to.

UM:   But where you good?

AC:   Basically.

UM:   Oh, I know the truth. The last time was thirty-six (36) days ago.

AC:   //LAUGHS//

UM:   //UNINTELLIGIBLE// I don't have anything to be envious of him for.  I couldn't have done it better.

CS:   I think that you didn't hear everything that we were saying, if you want to bring him…inform him on the clothes, because he was talking on the phone when …

JA:   Oh yeah, he said that about the clothes //UNINTELLIGIBLE//

AC:   //SHAKES HEAD IN AFFIRMATION//

JA:    //UNINTELLIGIBLE//

AC:   //SHAKES HEAD IN AFFIRMATION//  Got it.

UM:   //UNINTELLIGIBLE// Put it in the middle.  //REFERENCE TO FOOD BEING PLACED ON TABLE//

UM:   Are you going to eat all that?

CS:   No, I ordered for everyone, I'm not that way. //UNINTELLIGIBLE//

UM:   //UNINTELLIGIBLE// Very nice, thanks.

JA:   //TALKING TO ADAN CASTILLO// It's better to have another strategy because //UNINTELLIGIBLE// in Guatemala.  But, that it's not just anything //UNINTELLIGIBLE//  Can't we move to a warehouse?

CS:   A warehouse.

JA:   A warehouse because…

UM:   That's why I say that there we can //UNINTELLIGIBLE//

CS:   A warehouse?

UM:   A warehouse because…

CS:   If it's a warehouse and you let me know how much it comes out to and I'll give you the money.

AC:   Alright.

CS:   You tell me how much it is and I'll give you the money for the warehouse.

AC:   //SHAKES HEAD IN AFFIRMATION// Yeah.

CS:   You just tell me how much it is.

UM:     And we will distribute clothes to the people for Christmas, right?

AC:     Yes. //SHAKES HEAD IN AFFIRMATION//

CS:     Yes.  It is …I will give you the exact amount of how many pairs of pants and how many shirts in all the sizes.

UM:     Oh.

CS:     And the colors and everything.

JA:     Uh-huh.

CS:     But it is a lot of clothes.  It's going to fill an entire container…a forty (40) foot one.

UM:     What we have to find out is what we can take from here to over there.

CS:     Yes.

JA:     I think that… going through there it shouldn't have too much…

AC:     But we're going to be able to monitor it over there.

JA:     We sent through, the last time I was over there doing a supervision over there uhm…

UM:      //UNINTELLIGIBLE// too?

JA:     Over there in the Guajira.

UM:     Alright, well is there is total passage to the coast now?

AC:     // NODS //

JA:     Yes, there is to over there.

UM:     Is there a fucking bridge now so it isn't that shit …

JA:     There is now. Yeah, now there is.

UM:     Okay.

JA:     After the bridge, way past the bridge.

UM:    //UNINTELLIGIBLE// //PAUSE// Hey, did you ever see Minor again? //UNINTELLIGIBLE//

JA:    I don't believe you!

UM:    When did you see him again?

JA:    Afterwards. I went home afterwards to have lunch. I went home and I meant to return but then //UNINTELLIGIBLE// You understand? One time //UNINTELLIGIBLE//

UM:    //INTERRUPTS// //UNINTELLIGIBLE//

JA:    //UNINTELLIGIBLE//

UM:    Shit, I //UNINTELLIGIBLE//.

JA:    Did I tell you I saw "Licenciado (lawyer)? Like fifteen (15) days ago for another problem.

UM:    Don't even tell him that you've seen me for any reason.

JA:    No, he doesn't know anything.

UM:    Nor that shit //UNINTELLIGIBLE//.

CS:    Yes, the less people that know the better. I think that the more quiet we are, the better.

UM:    This place is very calm.

JA:    It's better that way.

UM:    Damn! McDonald's is very hot. If they saw me with you all they would think that we are… working.

CS:    No, but when, when….

UM:    //UNINTELLIGIBLE//.

AC:    Uh-huh. Uh-huh.

CS:    But when there is going to be merchandise to deliver, right? I mean we tell them, "Look, it's at three-hundred (300)." We can than split it up, and then… bring six-hundred (600).

AC:     //SHAKES HEAD IN AFFIRMATION//

JA:     Right, right.

CS:     That's going to be every… let's say every three (3) weeks. Six hundred (600).

AC:     Uh-huh.

UM:     And then Gato //UNINTELLIGIBLE//  three (3) days?

JA:     We said four (4) days, five (5) days, right?

UM:     Yeah. //UNINTELLIGIBLE//

JA:     Didn't we says three (3) or four (4) days?

UM:     No, nothing. Four (4) days. //UNINTELLIGIBLE//

CS:     //UNINTELLIGIBLE//

AC:     //SHAKES HEAD IN AFFIRMATION// Uh huh, four (4) days.

CS:     He told me… I spoke to him and he told me that he was coming on.. that we can start on the eighteenth (18th), right?

AC:     //NODS//

JA:     So then there's no problem because…

UM:     //INTERRUPTS // //UNINTELLIGIBLE//

CS:     //UNINTELLIGIBLE//

JA:     No, we're not going to do anything ourselves. //UNINTELLIGIBLE//  //PAUSE//

**CD # 4 [13:44]**

CS:     //UNINTELLIGIBLE//

AC:     Uh-huh.  //NODS//

CS:     So I'll call you and we will be waiting for you at the border.

UM:     //UNINTELLIGIBLE//

**CS:** [0:08] Mm hmm. Right? I don't know…who is going to the border to pick up the vehicle?

**JA:** We'll go.

**AC:** We'll go.

**CS:** Okay.

**JA:** I think that we're going to have to go…

**UM:** //INTERRUPTS// Are your drinking orange?

**AC:** No, lemonade.

**UM:** Lemonade? With soda?

**AC:** No.

**UM:** //UNINTELLIGIBLE//

**JA:** We're going to go over there here first, right? //PAUSE//

**CS:** What is more convenient? A car with American plates or Mexican plates?

**AC:** American.

**JA:** American.

**CS:** American?

**JA:** If it has Mexican plates, then forget about it. You're going to…//UNINTELLIGIBLE//

**UM:** Yeah, they search the Mexican ones too.

**JA:** If that has American plates they won't.

**CS:** Okay. That vehicle is coming from the United Status, so what I'm going to do is…that's coming in "caleta" (a hidden compartment) and the money is going to be inside of that, and more or less six (6) are coming. So when you //UNINTELLIGIBLE//, because I'm going to need it for the other cars. I need money to work here, in case you need a car or a //UNINTELLIGIBLE// then there would be available money to work.

**JA:** Sure.

**CS:**   **Uh…whose name we are going to put it in? Because we have to pay taxes at the border.**

**UM:**   **Which one?**

**CS:**   **The vehicle that's coming from the United States, we have to pay taxes for that.**

**JA:**   **That's fine.**

**AC:**   **But…**

**UM:**   **You're not going to put it in his name?**

**AC:**   **//SPEAK SIMULTANEOUSLY// No, no, no,**

**CS:**   **//SPEAK SIMULTANEOUSLY// No, no, no, you tell in whose name I have to put that and…**

**AC:**   **Okay, we will find a name. [1:55]**

CS:   But that person has to be over there, when the vehicle arrives so that I could give him the money to pay for the taxes.

UM:   We can put it in the name of some crap, find some company that …

AC:   //NODS// A fake company.

UM:   Yeah. And we can put it in that name.

JA:   // NODS // A fake company.

UM:   //UNINTELLIGIBLE// right? //UNINTELLIGIBLE//

AC:   //NODS// Yeah, sure.

UM:   But then we will be leaving evidence here is the worst you can do.

CS:   But a representative of the company has to go there so that we could…

AC:   You can a pay a broker.

UM:   Yes…

CS:   I don't know how they handle that over here, so I'm leaving you to do that.

AC:     //NODS//  Of course.

CS:     Right?

JA:     We will take care of that.

CS:     How much do you think the taxes for the vehicle will cost?

JA:     They say that if it comes with a detailed invoice in the person's name, the payment is less.

AC:     It was like three thousand (3,000) quetzals.  // INDICATES THREE WITH FINGERS. //

JA:     It depends on the kind of the car.

UM:     Well they're not going to send a BMW or something like that.

AC:     No, remember that that's a car…

UM:     It has to be a car…

WA:     //UNINTELLIGIBLE//

UM:     For me.

CS:     It'd be good to bring down… a Mercedes station wagon. Because in the Mercedes Station Wagon you can prepare a "caleta" (hidden compartment) where the air bag is placed and that's where the money is going to be.

JA:     That's good.

UM:     **[3:24] But there's one thing, it's yours… that money. Once you pass the Guatemalan border, "Here's the key. "**

AC:     **//UNINTELLIGIBLE//  at the border.**

UM:     **Then that's all you.**

CS:     **Yes. I'll give it to you there, and if something happens after that, I already paid you.**

AC:     **Yeah, we're going to do it like that once.**

CS:     **Right.**

**UM:**   **That's how we're going to do it.**

**CS:**   **I want that to be clear. At the border, I'll give the vehicle to you with the money inside and after that it's yours.**

**AC:**   **Right.**

**CS:**   **And I want to make this clear, if that gets stolen or anything else happens to it after that, I want it to be clear that I already paid you.**

**JA:**   **Oh, yeah. [4:00]**  No, but that same information…

CS:   No, no, no, nobody knows.

JA:   That's what I mean…

CS:   Nobody knows.

JA:   If that happens, then some else was involved also.

UM:   //UNINTELLIGIBLE// Mario. Mario would ask me something like that.

JA:   //UNINTELLIGIBLE//

AC:   //UNINTELLIGIBLE// Due to that son of a bitch of Mario I'm broke.

JA:   Yes, I know.

UM:   //UNINTELLIGIBLE// The son of a bitch of Mario is being punished by God.

JA:   //UNINTELLIGIBLE// received a lot.

UM:   Ah…

JA:   We are usually blessed by God, because if we have it or not have it, we are blessed with life, health, love.

UM:   // UNINTELLIGIBLE//

CS:   No, no, I'm just saying that it's in case that something happens.

UM:   //UNINTELLIGIBLE//

CS:   Because in this business you have to make things clear.

UM:     Okay. //UNINTELLIGIBLE//. I can come back in the car with you.

JA:     Uh-huh.

UM:     Until Guatemala.

CS:     Driving?

UM:     Yes, yes.

JA:     It's the same.

UM:     There's no problem. Right?

JA:     Uh-huh.

UM:     //UNINTELLIGIBLE// the man that's coming in the car.

CS:     The driver that's coming from up there…

UM:     //INTERRUPTS// can drive that…

CS:     He can drive that.

UM:     We can escort him.

JA:     Of course. // NODS//

UM:     I //UNINTELLIGIBLE// three or four //UNINTELLIGIBLE// armed…

AC:     Uh-huh.

CS:     The driver that's coming….

UM:     And they'll never know what I'm doing.

CS:     The driver that's coming can keep on driving.

UM:     You guys can get two or three people more.

AC:     No, more.

        //UNINTELLIGIBLE CONVERSATION // PAUSE //

CS:     How much do you think that I will have to pay for an apartment or a house there where you are telling me?

UM:    Not like you live in Colombia. Is not like living in the town. Those sons of the bitches live in an area of Colombia like //UNINTELLIGIBLE// or something.

AC:    No, no… //LAUGHS// //UNINTELLIGIBLE//.

JA:    //UNINTELLIGIBLE//

CS:    //UNINTELLIGIBLE//

AC:    That's a pretty place.

CS:    Bring me a woman and I won't have any problems. //EVERYBODY LAUGHS//.

UM:    //UNINTELLIGIBLE// another zona?

AC:    No, no. That's fine.

        //PAUSE//

UM:    //UNINTELLIGIBLE//

JA:    //NODS HIS HEAD//

AC:    Sure.

        //LONG PAUSE//.

UM:    //UNINTELLIGIBLE//.

CS:    I heard that //UNINTELLIGIBLE// fifty thousand dollars in/from that house.

JA:    //TALKING ASIDE IN LOW VOICE// //UNINTELLIGIBLE//

AC:    //TALKING TO CS ASIDE// That's what I'm telling you it's not that we //UNINTELLIGIBLE// business to sell it to you.

CS:    //UNINTELLIGIBLE//

JA:    //UNINTELLIGIBLE//

CS:    And if I give it to you?

AC:    He said that if we //UNINTELLIGIBLE// he's going to have fifty thousand (50,000) dollars and so I told him that that would be good to have him nearby so that we can protect it.

CS:     No, no, no….//UNINTELLIGIBLE//

JA:     But can't he… //UNINTELLIGIBLE//

UM:     And of you give him….

JA:     //UNINTELLIGIBLE//

UM:     Exactly, if you give it to him, that stuff, he will put it away for you…

CS:     Yes, yes.

UM:     And then he will give you, five (5), then ten (10)…

CS:     Right. Yes, because that money is going to be for…if for example, we need to pay taxes or if we need to… //UNINTELLIGIBLE//

AC:     //INTERRUPTS// The only thing is that here you won't be able to go, for example and change that legally at the those currency exchange places in…

UM:     Zone one (1).

CS:     There, there what you can do is…

AC:     The only thing that you can do is //UNINTELLIGIBLE//

UM:     In the black market. I'll go, I'll go…

AC:     You know more or less how that is, but…

CS:     I'll go, I'll go… Six hundred are coming, right…so five hundred belong to you…

AC:     Yes, yes.

CS:     …and a hundred is mine but my hundred is going to be used to pay for the taxes, to pay for the warehouse, to pay for gasoline, to pay the drivers, to pay the tractor trailer, the …

UM:     And all that ass!  //LAUGHTER//

CS:     That too. And the whiskey…//EVERYBODY LAUGHS//.

AC:     //UNINTELLIGIBLE//

UM:     //UNINTELLIGIBLE//

CS:    My friend's whiskey, right? I'm not going to invite you to go out because //UNINTELLIGIBLE//

JA:    Not but //UNINTELLIGIBLE//

AC:    You know where he as to go?  What's that place called? A...

JA:    "El Agape."

AC:    "El Agape" //UNINTELLIGIBLE//

JA:    //UNINTELLIGIBLE//

AC:    //UNINTELLIGIBLE//

CS:    No, no...

AC:    Ágape...//UNINTELLIGIBLE//

CS:    Take me any where. I don't have any problems with that.

JA:    We will go.

CS:    //UNINTELLIGIBLE//

JA:    //LAUGHS//

AC:    //LAUGHS// //UNINTELLIGIBLE//

CS:    //UNINTELLIGIBLE// different...two... //UNINTELLIGIBLE// I don't have any problems with that.

JA:    But you will have to pay one for us...

CS:    Ah, no...no...no...problem.

JA:    //LAUGHS//

CS:    No problem, because let me tell you something...because the four of us //UNINTELLIGIBLE//...

//UNINTELLIGIBLE CONVERSATION //  //EVERYBODY LAUGHS//

UM:    How old are you, buddy?

AC:    I'm forty two (42) years old.

UM:    Forty two (42) years old?

AC:    Yes.

CS:    Look, when I get back from there, to celebrate we'll go //UNINTELLIGIBLE//.

JA:    //UNINTELLIGIBLE// id card. //UNINTELLIGIBLE//   I'm forty-seven (47).
       But according to my id I'm fifty (50).

CS:    Yeah?

UM:    Can you believe I'm forty-three years old? I've got my mother's genes.

AC:    No way. You can't tell.

JA:    I don't believe you. You look thirty five.

UM:    No! I'm forty-three (43) years old, I swear. I was born in sixty-two (62).

AC:    Oh…

UM:    You were born in sixty-three (1963), yeah?

JA:    //UNINTELLIGIBLE//

UM:    //UNINTELLIGIBLE// //MUMBLES// //EVERYBODY LAUGHS//

CS:    //UNINTELLIGIBLE// for men.  //EVERYBODY LAUGHS//

UM:    //UNINTELLIGIBLE// //MUMBLES// //EVERYBODY LAUGHS//

CS:    We can invite ten (10) or twenty (20) of them and we can meet  there and have a
       party.

UM:    One //UNINTELLIGIBLE// that already have that…

//UNINTELLIGIBLE CONVERSATION//

CS:    For every one, three for each one. //EVERYBODY LAUGHS//

UM:    Who is going to pay for that?

CS:    You need to ask for permission for like two (2) days, because we are going to
       disappear.

JA:     We can disappear for two days.. // UNINTELLIGIBLE// commission/agency know.

UM:     Yeah. //UNINTELLIGIBLE//

**JA:     [12:45] We are the ones that handle all the departments in Guatemala. We are not in only one part of the country; we are all over the country.**

**UM:     Sure.**

**JA:     And now it's a little easier for us because we can go to El Salvador…**

**UM:     Yeah.**

**JA:     …we can //UNINTELLIGIBLE//. [13:00]**

CS:     If you want we can have the party. If you want it in El Salvador, we can have it El Salvador. We can get…

UM:     We can //UNINTELLIGIBLE//, they can leave by airplane. You can leave by airplane. Can you leave and go to El Salvador by airplane? And then we can wait for you over there.

CS:     //UNINTELLIGIBLE//

UM:     We can rent a chalet.

CS:     What ever. If you guys want we can go tomorrow to.. to Mexico.

UM:     //UNINTELLIGIBLE//over here.

JA:     Huh? Not right now cause right now… //UNINTELLIGIBLE//

UM:     Look, let me tell you something. //UNINTELLIGIBLE//.

**CD #5 [13:39]**

CS:     No, but…

UM:     //INTERRUPTS// They are not from here.

CS:     No, but we can…we can…we can…have a party…

UM:     //SPEAK SIMULTANEOUSLY// They are going to…

CS:     //SPEAK SIMULTANEOUSLY// We can… have a party.

UM:     They are going to think //UNINTELLIGIBLE//.

CS:     //SPEAK SIMULTANEOUSLY// So…//UNINTELLIGIBLE// and we can have the party.

UM:     //SPEAK SIMULTANEOUSLY// That is true.

CS:     Huh?

UM:     I can stay and you can go along with him to work.

CS:     Yeah.

JA:     We can help him //UNINTELLIGIBLE//

CS:     No, that's why you guys need to tell me.  If you want, if you want to have a party outside of Guatemala, we can go to El Salvador or we can go to Mexico. What other countries are nearby?

AC:     Honduras.

CS:     Honduras. You let me know where it's better and we'll talk…

UM:     //INTERRUPTS// The Salvadoran women are better.

CS:     We can rent…

UM:     Right? //LAUGHS//

CS:     We can rent a house for a weekend.

UM:     Do you know that the biggest, the biggest house of…You aren't from El Salvador, right?

CS:     No, no.

UM:     You are Salvadorian?  Is your mother Salvadorian?

AC:     // NODS AND LAUGHS//

UM:     Oh shit!!! //LAUGHS//

CS:     Uh…

AC:     But that's what they say.

UM:     Huh?

AC:     That's the way it is. I mean, what is it they say about the Salvadorian women? In most of the whore houses in Guatemala, there are Salvadorian women.

JA:     If you don't want to see it, do not go to those places.

UM:     Ah! The Salvadoran women are very pretty. Especially to fuck.

CS:     Just let me know, we can go over there. Or where ever you want.

UM:     Does your family live over there?

CS:     If, if you guys want…

UM:     //INTERRUPTS// Who lives in El Salvador? Your mom?

AC:     Yes, my mother. She lives in a place called "Santa Ana".

UM:     Santa Ana, I know that place.

CS:     If you want, we can celebrate our party out of here, so that we don't call too much attention to ourselves. We can go away from here. We can go to El Salvador, Honduras, where ever you want to go. It's not a problem. I am inviting you guys.

JA:     // NODS //

UM:     And you? You want another drink?

JA:     This is just water.

CS:     Don't you want another drink?

UM:     Do you want another one? Have the last one.

CA:     No…

UM:     Have the last one. Son! Come over here please.

CS:     Hey, //UNINTELLIGIBLE// here. //LAUGHS//

UM:     Uh…two more whiskey's.

WA:    Two whiskey's?

UM:    Label…

WA:    Are you drinking Buchanan's?

CS:    Buchanan's.

UM:    Can you bring the ounces?

WA:    What do you mean?

UM:    One ounce of whiskey for each one. An ounce. In a small glass.

WA:    Four glasses?

AC:    No, no, no, no, no…only for the two of them.

JA:    Just us.

CS:    Bring that, bring on the rocks, please. Yes, please.

UM:    So it would be two Buchanan's…

CS:    Two Buchanan's on the rocks…

WA:    It's usually an ounce and a half.

UM:    Okay, perfect.

CS:    On the rocks, please.

UM:    Let me tell you something, one day when I went to the farm and he asked me, "Do you want a drink, or a beer or…a bottle water?" Then he's like, "Water's just for horses." // THEY ALL LAUGH //.

CS:    Well if you want… to celebrate and get together… We're going to have… I'm going to have a house there, right?  And we can do it there more comfortably.

JA:    Sure.

CS:    Right? So I'll try to get a pretty house with a pool so that we could…

JA:    Yes, one with a pool so that one can…

CS:    Yeah. You can get naked and get it in. //LAUGHS//

JA:     Okay. 1

CA:     Okay.

UM:     //UNINTELLIGIBLE//

CS:     You can just get naked and get in.

JA:     Yeah, we've done that before.

CS:     Right, right.

AC:     We'll see where we can find one.

JA:     Yeah, we'll find one so that…

CS:     Yes, yes, just let me know how much it is. And if you want to do the celebration outside of Guatemala so that you don't have problems here, so that we don't have problems here, we can leave. I'll take care of the expenses.

JA:     //NODS//

CS:     This has to be not only a friendship but a brotherhood.

AC:     Sure.

JA:     Yes, and have trust.

CS:     There has to be a lot of trust between us.

AC:     Yes, trust most of all.

JA:     Yes,  a lot of trust, because…

CS:     Yes, yes, yes.

JA:     And that's it.

CS:     Yes, and at least on my behalf…

JA:     No one knows.

AC:     //NODS//

CS:    Nobody knows, right?  The boss sends me here and the only who knows about it is this guy.

JA:    If something goes wrong, it won't be because of us. It will be someone else's fault but we are going to look into it too.

AC:    //NODS// Somebody else, that's right.

CS:    I'm not from here it would be him.

JA:    That's why I'm telling you, we are going to investigate as well.

CS:    Right, right.

JA:    But not from us. You can just look at us and see what we're about.  We are not here to screw around.

CS:    No, no, no, I didn't have any problems, I don't have any problems. Since the first day that…

JA:    //INTERRUPTS// You felt good about it.

CS:    Yes, yes.

JA:    If they are //UNINTELLIGIBLE//, we will be watching that.

CS:    I will be, I will be…if you let me know that you are going to be there for sure, I'm going to be there with you.

JA:    Of course because we don't want to do a //UNINTELLIGIBLE//.

CS:    Yes, I told my boss let's trust them completely and go forward.

JA:    Uh-huh.

CS:    And if there was something else, I'd call. But God willing it won't come to that.

JA:    Besides you and the gentleman, is there someone else?

CS:    No, no, no, no, no…I'm the only one squaring everything away.

JA:    And the boss is…?

CS:    My boss is over there and my friends, the "manitos" (Mexicans)  that are close by. We tell them that …

**JA:**     **[5:25] // INTERRUPTS// But are things already squared away on the Mexican border? There's people there that are…?**

**CS:**     **Yes, yes, yes.**

**JA:**     **Oh, alright.  And, in the United States also?**

**CS:**     **In the United States we can't square things away. We give that to…I'm squaring away the matters here, the United States …Uh… and we give that to some certain Mexican friends and they cross it to the other side.**

**JA:**     **They're the ones that cross it over.**

**CS:**     **I only have to be at the border to receive the money and that's another thing that you all can help me with and, and …**

**JA:**     **//NODS HIS HEAD//**

**CS:**     **…and that's it. I'm going to work here directly.**

**AC:**     **Uh-huh.**

**CS:**     **I don't know anything about up there, right?  //PAUSE//  Meaning that when we hand that over to the Mexicans, we know that that's leaving. But we don't know how they cross that over.**

**JA:**     **They are in charge of that then?**

**CS:**     **Yes, yes. It only, it only crosses over to Mexico and then they…**

**JA:**     **They take care of that.**

**CS:**     **…they take care of that.  Right? [6:34]**

JA:     //NODS//

UM:     You can see that it has, it's a lot darker, right?

JA:     Oh, yes. //LAUGHS//  It's stronger (referring about the drink).

UM:     This one is strong too, but good. Before, I used to drink whiskey and tequila straight and then beer. I drank straight, then I had beer.

CS:     That's getting cold (referring to the food).

JA:     I'll take another one (reference to slice of pizza).

UM:    I don't want any more, that was really good but I'm full.

CS:    Eat, eat, eat, eat, eat, I'll eat one piece and you can have the other so that it won't go to a waste.

UM:    Do you like the pineapple or not?

JA:    I love it.

UM:    Go for it, go for it, buddy. //PAUSE// What a big plate this guy brought.

**CS:    [7:22] When we deliver that to his friends here, then they are responsible. I mean that their responsibility is done… when that jumps from Mexico, Guatemala, Mexico. There's another person on the other side.**

**JA:    Of course.**

**CS:    His responsibility ends when that jumps**

**JA:    Of course.**

**CS:    …from Mexico to the United States and someone else picks that up in the United States. In the United States there is another person that is totally separate, right?  And I don't know him. My boss is the only one that conducts everything, and he knows the rest of the people. I don't know them. The only thing that I'm going to be doing is that they are going to send me a driver, and I have to wait for him at the Mexican border, he is coming with the vehicle …**

**AC:    //COUGHS//**

**CS:    …and then we go out and we have to bring it over here to deliver it to you all.**

**AC:    //NODS//**

**JA:    //NODS//**

**CS:    …and that's all.  The entire ….**

**JA:    //INTERRUPTS// Just give it over?**

**CS:    Uh-huh, exactly. The person who is driving is even Panamanian.**

**JA:    And he doesn't know anything?  He knows?**

**CS:** **Yes, he knows what's in the vehicle. He is getting paid for bringing the vehicle.**

**JA:** **Do he have any contact with us like //UNINTELLIGIBLE//?**

**AC:** **That's why that just has to be left at the border. //UNINTELLIGIBLE//.**

**CS:** **No, no. No, he…he is coming directly over here. I have to wait for him together with… I know the Mexican friend and together we are go down to … down here. //POINTING TO A MAP ON TABLE// And here we will deliver that to you over here, and then you all take possession of that. [9:05]**

**UM:** Hey Adan, is it true that they are fucking with you? That they threatening you?

**AC:** Yeah, those guys from over there.

**UM:** The Mendozas. They should have kept their mouth shut. Uh…You messed up there. When I was there and saw that they were giving all those state…You're risking for your life and they're not even grateful.

**JA:** Uh-huh, you are right. //NODS//

**AC:** //NODS//

**UM:** Yes, when have you ever heard of a boss not giving a direct statement against one of those fuckers?

**AC:** They are too closed off.

**UM:** Yes, but now…

**JA:** //INTERRUPTS// Anyways, we are not afraid of them.

**AC:** //SHAKES HEAD//

**UM:** No! God is //UNINTELLIGIBLE//

**JA:** We are not afraid of them.

**CS:** Do you need any help? We have good people over there.

**JA:** Really?

**CS:** Yes, we can bring a small group from there.

**AC:** //NODS// Uh-huh.

CS:     They can back you up and you can…

UM:     //SPEAKS SIMULTANEOUSLY// Listen, maybe we can…
        //UNINTELLIGIBLE//

CS:     //SPEAKS SIMULTANEOUSLY// //UNINTELLIGIBLE// And they will do what
        you instruct them to do, right?

AC:     Okay. //NODS//

UM:     You mess with one from that family and you mess with all of them.

CS:     But who's really our boss over there.

UM:     Yes, but shit!  You're not going to bring a hundred (100) Colombians up here!
        We have to put a stop to that there. We have to put a stop to that shit, understand?

JA:     Yeah, it's not a problem.  We are not afraid of them.

UM:     Yeah, what's there to be afraid of?

UM:     It's not that I'm afraid, it's just out of respect for God.  He is a very difficult
        human being.

CS:     Let me give you more or less an idea of who my boss is; he works for the "paras"
        (paramilitary) and he controls…

UM:     // To waitress// Honey!

WA:     Yes, sir?

CS:     ..the entire coastal area.

UM:     Would you get me a pack of Red Marlboro's?

WA:     Sure with pleasure.  Let me clean this up. //PAUSE//

UM:     My head hurts.

WA:     I'll take that for you.

UM:     Well man, when are we going to see each other again?

CS:     He's, he's… all "para" (paramilitary). He's paramilitary.

JA:     Uh huh.

CS:     So then he's the one that controls the entire costal area.

JA:     // NODS// "Para" is like a paramilitary group or what?

AC:     // SPEAKS SIMULTANEOUSLY // They are paramilitary.

CS:     // SPEAKS SIMULTANEOUSLY // They are paramilitary.

UM:     // ASIDE CONVERSATION ON CELL PHONE.//

JA:     But won't they have communication with Guatemala? //UNINTELLIGIBLE//

CS:     No.

JA:     There's another one that's been here in Guatemala several times. Who else has
        known about this?

CS:     But he… now that he's been going there. But uh if you all have a problem, uh…

JA:     Yeah, we're saying this because think about it from our point of view, if one of
        our paramilitary had contact one there, there could be problems.

CS:     // SPEAKS SIMULTANEOUSLY // No, no, no, no!

AC:     // SPEAKS SIMULTANEOUSLY // //UNINTELLIGIBLE// Guatemala.

CS:     No, no, no! No. Uh… we're working, we were working directly from Panama…
        to… Belize and Mexico.  Then there were problems in Belize. So then… and the
        area of  Cancún.

JA:     Uh huh.

CS:     So that area got hot and with all the problem with the hurricane and all that staff
        we couldn't work, right?

JA:     Sure.

CS:     So that area got hot and so we decided to enter through this area, right? We'd
        always go in, but not directly like we are going to now.

JA:     Yeah.

CS:     We'd gone in little by little through the border, but…

AC:     // NODS//

JA:     Uh huh.

CS:     So then uh… the boss, my boss said…

JA:     Go for it.

CS:     Go for it. Right?

JA:     So then it's a good thing that you met up with us because we're on the way. [13:20]

CS:     So when the administration changes you guys might not even be there anymore. But we always need people over there.  So if you guys want to go work over there…

JA:     We're going to have to go over there…

CS:     Right?

**CD # 6 [13:46]**

CS:     …And if you all have a problem with certain people over here and you know who they work with …

JA:     //INTERRUPTS// Look, you know who we have a problem with?  With lawyers. What's going to happen to a person that can't pay for a lawyer at any certain time.

CS:     What did you say?

JA:     Lawyers.  Let's say for instance that you go to jail and you don't have money for a lawyer, right?  Then who's going to help get you out.

AC:     In hiring a lawyer.

CS:     We can help you all with that directly because to be honest we wouldn't want you all to say who you're working with.  Right?  It would be through the friend that we would give money to him and he would be in charge of the people that would help you all.  But the way that we are thinking I don't think that …

AC:     No.

JA:     No.

CS:     …because you all are going to …as in the way that we are thinking about I don't believe that  because we were thinking of giving them three-hundred (300) so they would get lost.

AC:     //SHAKES HEAD IN AFFIRMATION//

CS:     But if it can be … if the money can be divided in half (1/2) and we can give them six-hundred (600) then I think that …

AC:     //INTERRUPTS// And that lifts up the unit because to working.

CS:     Yes.

AC:     There is stability.

CS:     Perfectly.  I would …

JA:     //INTERRUPTS// If it could be converted to //UNINTELLIGIBLE//

CS:     No, but with six-hundred (600).

AC:     //SHAKES HEAD IN NEGATIVE FASHION// No.

**CS:     [1:13] We could do …When we are going… For example, right now that …for example, the first one is coming in that's two-thousand (2,000), the second one is two-thousand (2,000), the third one brings six-hundred (600) and that are split in the middle.**

**AC:     //NODS//**

**JA:     Also if …**

**CS:     Then we should work to bring another two-thousand (2,000), then another two-thousand (2,000) then I could talk with the boss, right?  To see if we could put in…if we could put in another thousand (1,000), right?  Split up …**

**AC:     //NODS// Sure.**

**CS:     Split, so that they aren't so pure.  That's why he's asking you if the pureness matters and you all telling me that the pureness isn't important.**

**JA:     The pureness doesn't matter.**

**AC:     //SPEAKS SIMULTANEOUSLY// To just bring it down.**

**JA:     //SPEAKS SIMULTANEOUSLY// The quantity isn't that great.**

**CS:**   Yes, so then if you need the help, for us to send a little bit more so that you all are alright and so that you are not in the position that you're in…

**JA:**   //INTERRUPTS// That's what, that's what we want.

**AC:**   //NODS//

**CS:**   And you …including that if you all have a problem with any organization over here …

**UM:**   Uh-huh.

**CS:**   … if you know who they are working with down there, the boss can send them a message because I work directly for the boss, right?   But besides that they have branches and it could be one of their branches that are working with another person.  Because the boss receives stuff from different people. Because he is the commander, right?  If you have problems with anyone, if you were able to find out who they are working with, then we could stop it completely, right?

**AC:**   I am going to find that out.

          //JORGE HOLDS A SIDE CONVERSATION WITH UM//

**CS:**   We could help you out completely, anything that you need then we could help you out.

**AC:**   I'm grateful.  I am going to find that out.  [2:59]

UM:   Oh, really?

JA:   He was in the North.

UM:   Damn!   Do you smoke?

AC:   No, not me.

CS:   Sorry, I don't know if the smoke bothers you?  Did you understand?

AC:   //SHAKES HEAD// No, it doesn't.

JA:   So you can see.

CS:   You understand?  By that I mean that the one I work with directly, with the …with the …

JA:     With the big boss.

CS:     With the big boss, right?  And he sent me directly.  If, if I tell him that I am working with you all and you have a problem, and it's going to ruin what he wants to do …

JA:     //CELLULAR PHONE RINGS//

CS:     …and it's a part of the organization.  Even …if the big boss knows other, other, other areas and then he can send a message, right?

AC:     Uh-hum.

CS:     If you have kind of //UNINTELLIGIBLE// or if you have something there, he can stop them.

JA:     Nice, huh?

AC:     //NODS// Yeah, nice.

CS:     Right?

JA:     Uh-hum.

CS:     Can you all find out with whom they are working?  Any name?

        //AT 4:12 AGENT WILLIAM BROWN WALKS BY IN  BACKGROUND//

CS:     Any name and we can stop their…

AC:     //ADAN SHAKES HEAD IN AFFIRMATION TO JORGE//

JA:     We're going to get that.   We're going to get that.

CS:     A name of where it's leaving from over there.

JA:     From over there.

CS:     For example, the boss brings … //CS MAKES HAND GESTURES AND DRAWS MAPS// Here is Venezuela, here is Panama.  He works the whole coast.

JA:     //SHAKES HEAD IN AFFIRMATION//

CS:     Here is the Pacific, here is the Caribbean.  He controls this whole area.

JA:     And nobody can go in there?

CS:     People from the Valle ask him for authorization.

JA:     But they have to pay a, a …

CS:     They have to pay him a percentage.

JA:     To pass through there.

CS:     To pass through here.

JA:     Or if not they can't go through, right?

CS:     This is Barranquilla, this is Catagena and here is Turbo, nothing moves through here without his authorization.

JA:     If it goes through there he has to know about it.

CS:     Exactly!  There is no way that …

JA:     //INTERRUPTS// Even if it was another person's …

CS:     Even if it belongs to another

JA:     If it's going to go through there.

CS:     They have to let him know.

JA:     And they have to give him his, his cut.

CS:     Exactly!  He receives his commission from other people.  That's why I'm telling you, if you all found out who it is that's bothering you then we can stop them and tell him to leave you alone.  That you are working for us.

JA:     We're going to find that out this week.

AC:     //SHAKES HEAD IN AFFIRMATION//

JA:     By this week, it won't take long to find out.  //6:15// But maybe they are allies, right?  Even if they're not they have to pass through there they have to pay a tax.

CS:     Exactly.

JA:     A tax.

CS:     And if the boss tells them that …that they are bothering a person from here, right? And that he doesn't want them to mess with them, then he has to shut his mouth and not say anything at all.

UM:     They do respect over there.  //UNINTELLIGIBLE//

JA:     So then the boss is good with trust, right?  Does the boss …How would I ask that? Does he have ties with Guatemalans in his organization?

CS:     No.

JA:     Does he have military backing?

CS:     No, because …

UM:     //INTERRUPTS// No shit, everything is arranged.

JA:     Because you could ask, and we are talking in confidence, to ask if …

CS:     What we have precisely is Mexican support.   He sent me …

JA:     Uh-hum.

CS:     …to find out directly what could be done.  That's why I'm asking you …and if there is then we would be very grateful.  We would appreciate it more if you would tell us, right?

JA:     Yes, that's why I was saying because if not then we can get rid of that, right?

UM:     Yeah.

CS:     But, but …

UM:     There isn't, there isn't any.

AC:     If there was then he wouldn't be.

CS:     Tell me, tell me what it's for and I'll tell him.

JA:     It's just that for example, besides you being here do any military know you're here?

CS:     No, no, no, no, no.

UM:     Nothing.

CS:    Not at all.   He's the only person that knows that I'm here and the friend from Mexico as well.  Nobody else, no-one knows.

UM:    Because he also knows that you're with me.

CS:    He knows that he's with me too.

UM:    That's what I had thought.

CS:    If I get lost …if I get lost then he would know that it was him, right?

AC:    //UNINTELLIGIBLE// //SHAKES HEAD IN AFFIRMATION//

UM:    //UNINTELLIGIBLE//

CS:    He knows directly about the two (2) of you.

JA:    That was my question.

CS:    Because I told him who I was working with because he has to know, right?

JA:    It's confidential.

CS:    He doesn't …I talk directly with him.   In order to talk with him first I have to talk …

JA:    No, what is the boss's name because it's good to know.

CS:    //LAUGHS//

JA:    We don't know you're name either but it's not a problem.  We are  trustworthy.

CS:    I am going to tell you all later but even, you all could even get to meet him.

AC:    //SHAKES HEAD IN AFFIRMATION// That would be good.

JA:    That would be very good.  We would like to take a little trip, go and say hi to him, visit him because those types of people that one admires.

AC:    //SHAKES HEAD IN AFFIRMATION// //UNINTELLIGIBLE//

UM:    //UNINTELLIGIBLE//

JA:    Huh?

UM:    Take a trip to //UNINTELLIGIBLE//.

JA:     I would like to go and visit him.

CS:     You, you …No, the only thing is that he's not in the city, he's in the jungle.

JA:     //UNINTELLIGIBLE//

CS:     He's currently in the jungle so then you all would get there and we would continue on to the jungle.

JA:     We wouldn't go alone, we would go with someone.

CS:     Yes, yes.

UM:     Alright, the four (4) of us would go.

CS:     Right.

UM:     No bullshit happens to him over there.

CS:     Yes, yes. There isn't any problem, no problem.

UM:     It would bring us closer together.

CS:     And if you all want to go…

JA:     I'd like to meet him before I die.

AC:     But what he says is true, to first wait until there is more trust.

JA:     You can tell that we aren't two-faced.

**CS:     [10:00] He told me that he was going to do a little trip to Panama and he had told me that he would invite you all.  He even told me that if you all needed a plane he would send it.**

**//ADAN AND JORGE BOTH SHAKE THEIR HEADS IN AFFIRMATION//**

**JA:     We do need an airplane.**

**AC:     No, but when he comes.  [10:17]**

CS:     I am going to stay here and celebrating for Christmas.  I'll be celebrating Christmas.

JA:     //LAUGHS//  // UNINTELLIGIBLE//

AC:     //LAUGHS//

CS:     //LAUGHS//

JA:     We are going to take you to //UNINTELLIGIBLE// right now.  But you don't
        have to identify yourself.

CS:     No, no, no, no.

JA:     We're going to also give ourselves code names.

CS:     //SPEAK SIMULTANEOUSLY// Okay, you all tell me how, what I have to do.

JA:     //SPEAK SIMULTANEOUSLY// We're going to also use code names.  Don't
        talk about anything over there.//JORGE SHAKES HEAD //

CS:     I'll be there nude and I'll take off my clothes.

        //ADAN LAUGHS//

JA:     That's all.

AC:     We should be going.

JA:     Huh?

AC:     We should get going now.

JA:     Yes, yes.

CS:     So then I ask you that if you can help me out with my thing from over there.

AC:     //SPEAK SIMULTANEOUSLY// //UNINTELLIGIBLE// Yes.

CA:     //SPEAK SIMULTANEOUSLY// Yes.

CS:     So then we I come back, he has my telephone number.  For security I don't have
        your telephone number.

UM:      //UNINTELLIGIBLE//

JA:     And it's good.

UM:     Don't you see my face for the "jugada" (game)?  //LAUGHS// No, no, no.

JA:     Look to see how you can memorize it, it shouldn't be there either.

UM:     That guy doesn't know absolutely anything.

JA:     I already erased it because that has to be memorized.

UM:     Yes, yes, yes.

UM:     Don't worry about it, I already have it.

CS:     We can even like to buy telephones weekly if it's necessary.

AC:     Yes, I think so.

JA:     To be changing telephones.

CS:     And throw them away.  Throw them away., right?  I think that there is going to be enough money so that you all can throw away telephones every day, right?

JA:     //ANSWERS CELL PHONE: Hello? Hello? //

        //WAITER BRINGS THE BILL TO THE TABLE//

JA:     That is really basic, that we buy telephones.

CS:     If you want we'll buy a dozen (12) telephones.

JA:     That would be good.

UM:     //LAUGHS//

JA:     No, really.

**CS:     [12:18] Look, this is what we do.**

**JA:     Uh-huh, what do you do?**

**CS:     We have seven (7) telephones.**

**JA:     Uh-huh.**

**CS:     Monday, Tuesday, Wednesday, Thursday, Friday // UNINTELLIGIBLE//.**

**JA:     Right.**

**CS:**    Today is Tuesday so we know that such and such phone is for Tuesday and it will be used for Tuesday.  That the telephone for example Friday is used on Friday.

**JA:**    That's what we should do also, right?

**AC:**    Use a telephone for an operation and only use it for that one.

**JA:**    Only that one.

**CS:**    We're going to buy telephones when we begin to work.

**UM:**    The telephones will be bought and each person will have their own box. Then we'll say what number you have, what number he has and what number I have.  We finish working and throw the phone away right then.

**CS:**    For example on the back of the phone you put Monday, Tuesday, or Wednesday.  So then if it were Monday you grab the phone for Monday.

**JA:**    //NODS// Yeah.

**UM:**    Look, operation, operation finished… you guys throw it away.

**JA:**    Of course.

**AC:**    //UNINTELLIGIBLE//

**UM:**    But thrown away, you all give them to me and I'll dispose of them.

**CS:**    No, no, no.

**UM:**    I'll give them to //UNINTELLIGIBLE//

**CS:**    No, no.  You take a bucket of water.

**AC:**    //NODS//

**CS:**    And everything is taken care of that way.

**JA:**    That's the way it has to be.

**CS:**    Turned on.  They get thrown away in water and everything is taken care of that way.

**JA:**    Uh-huh.

**CS:**   **The entire memory is erased.**

**UM:**   **Exactly.**

**JA:**   **I change the chip, for example, I'll change the chip on this one tomorrow. Why?  Because that number can't be in the memory.**

**CS:**   **Yes.  [13:36]**

UM:   Yes.

CS:   Right, we'll buy telephones and when we finish we'll throw them in a bucket of water when they are turned on and then we grab the bucket and throw it in the garbage.

**CD # 7 [4:07]**

CS:   That telephone doesn't work.  //UNINTELLIGIBLE// sometimes has it turned on and it's in the water and then it gets a short circuit.

JA:   //UNINTELLIGIBLE// would be grateful for that but if it's not possible.

CS:   Yes.

JA:   If it doesn't work.

CS:   I have direct communication with him.  You know where, you where you're going to put me at.  You all know when, I'm grateful.

JA:   When do you want the apartment for?

CS:   For when I come back.  No, we return from the twentieth (20th) to the twenty-third (23rd), if it gets behind schedule we'll call.  Right?  I'll be here by the twenty-fifth (25th) at the latest.  Because //UNINTELLIGIBLE// we are going to begin this at the end of the month, at the beginning of December is when we'll begin working.

UM:   Remember that I am going over there for the first trip.

CS:   The first trip.

UM:   That was the problem. He was going around and he told me, " to come over there, there was more of a guarantee.

AC:   That's good.  //ADAN NODS //

CS:    The other thing is that I can't ever leave him out.  He is always going to be with me.   I consider it as being loyalty, right?

AC:    Yes.

CS:    And for example, we work a lot over there with loyalty.

JA:    //UNINTELLIGIBLE//

CS:    If someone, if someone //UNINTELLIGIBLE// then one takes care of that separately.

JA:    That's right.

CS:    And if you have problems let me know.

AC:    Uh-huh, so that when you all return the …

CS:    You give me the name.

AC:    Uh-huh.

CS:    And I will notify him right away of who it is and then we can make some arrangement.  We can put a stop to him.

UM:    When you all return then //UNINTELLIGIBLE//

CS:    Because they can't pass in/through our area.

UM:    Can't pass in all the coast, that's a negative.

CS:    Negative.

UM:    Okay?

CS:    They can't pass through there.

JA:    That's good.

CA:    //TALKING TO JORGE// UNINTELLIGIBLE//

UM:    Are we good that way then?

JA:    Perfect.

          //JORGE AND ADAN GET UP FROM THE TABLE//  [1:51]

UM:     Do you need //UNINTELLIGIBLE//

JA:     Take good care of yourself.

         //JORGE AND UM HUG AND PAT EACH OTHER ON THE BACK//

         //UNINTELLIGIBLE GOODBYES//

CS:     I'm going to go to the bathroom.


//END OF CONVERSATION//