UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 05-404** |
| | : | |
| **v.** | : | |
| | : | |
| **JORGE AGUILAR GARCIA** | : | |

### GOVERNMENT'S MOTION FOR APPROPRIATE RELIEF

Now comes the United States, by and through its attorneys, and respectfully moves this Court for an order providing appropriate relief as outlined below. In support thereof, the government alleges the following:

The government anticipates that an undercover DEA informant will testify in this case. The informant, whose identity has been disclosed to the defendants, has not been publicly identified. This Court has granted a government motion to allow the informant to testify using a pseudonym.

The investigation which the informant conducted in the present case occurred over several months. It was an undercover investigation. The informant continues to work for the DEA in related investigations. By their nature, these investigations are dangerous.

The Drug Enforcement Administration has learned that narcotics traffickers in Central America intend to send at least one representative to the defendants' trial before this Court, in an effort to identify the government's informant when he testifies. At the moment, the identity of this individual is not known.

This Court, meanwhile, carries a duty to conduct an orderly and secure proceeding. Individuals entering the U.S. District Court are subject to search. Therefore, the government

requests that all individuals present in the courtroom immediately before and during the informant's testimony be required to produce valid personal photo identification, and any identifying information requested by law enforcement. The government requests that any production of identifying information by courtroom spectators be done outside the presence of the jury. The government recognizes that the defendant has the Sixth Amendment right to a public trial and to call witnesses without intimidation. *United States v. Lafayette,* 896 F.2d 599 (Table), 1990 WL 18648, *3 (C.A.D.C. 1990) (unpublished). However, the court has the authority to protect the security of the trial and the participants in that trial, and may take reasonable and appropriate steps to do so.

Respectfully submitted,

KENNETH BLANCO
CHIEF
Narcotic and Dangerous Drug Section
1400 New York Avenue
Washington, D.C.     20005


By: _____
     Michael Mota
     Paul Laymon
     Trial Attorneys
     Narcotic and Dangerous Drug Section
     1400 New York Avenue
     Washington, D.C.     20005

     (202)-514-5540
     (202)-514-1286