UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 05-404** |
| | : | |
| **v.** | : | |
| | : | |
| **JORGE AGUILAR GARCIA** | : | |

**GOVERNMENT'S MOTION FOR HEARING**

**COMES NOW** the United States of America, by and through the undersigned attorneys, and respectfully requests a hearing before the court regarding disclosure of information about the government's informant in this case. In support, the government notes the following:

This Court has previously granted the government's motion to allow an informant, a government witness, to use a pseudonym. In doing so, the Court recognized the government's security concerns for the informant, who has worked and continues to work undercover in international narcotics cases.

Within the last several days, counsel for Defendant Aguilar has spoken to the news media in Central America about this case and about the informant (see attached). Counsel offered some identifying information about the informant to the general public in Central America, where the informant continues to work undercover for the Drug Enforcement Administration.

Counsel indicated that the informant (1) is a former member of the Guatemalan military, and (2) was once involved in drug trafficking. The government previously disclosed this information to counsel at counsel's request.

However, as of this filing, the government is not certain whether counsel for Defendant

Aguilar has disclosed additional information about the informant, or to whom. Arguably, counsel's actions undermine the spirit of the Court's previously-issued order.

The government, therefore, requests clarification from the Court concerning its previous order, to include a proffer from defense counsel about his disclosures. In other words, what has counsel disclosed and to whom?

The government may request additional relief once counsel has proffered to the Court.

Respectfully submitted,

KENNETH BLANCO
CHIEF
Narcotic and Dangerous Drug Section
1400 New York Avenue
Washington, D.C.     20005


By: _____
_____Michael Mota
       Paul Laymon
       Trial Attorneys
       Narcotic and Dangerous Drug Section
       1400 New York Avenue
       Washington, D.C.     20005

       (202)-514-5540
       (202)-514-1286