# "Un ex militar es el informante"

**POR OLGA LÓPEZ OVANDO**

Eduardo Balarezo llegó al país a recabar evidencias para la defensa del ex subcomisario del SAIA, Jorge Aguilar, quien —junto con Adán Castillo y Rubilio Palacios— está preso en EEUU por tráfico de drogas. Balarezo aseguró que un ex militar es el informante de la Fiscalía.

Tal informante, que trabaja para el Departamento Estadounidense Antidrogas (DEA), aportó datos considerados parte de las pruebas clave que presentará la fiscalía del país norteamericano. El juicio contra los tres ex jefes del Servicio de Análisis e Información Antinarcótica (SAIA) se abrirá el 5 de septiembre en la corte del Distrito de Columbia (Washington, EEUU) y, de hallarse culpables, podrían enfrentar penas entre 10 años de prisión y cadena perpetua.

▸*¿Qué pruebas ha presentado hasta ahora la Fiscalía en contra de los tres ex policías?*

Dos videos, grabaciones de algunas llamadas telefónicas y documentos, y para el juicio, la prueba principal será la declaración del informante, quien es un ex militar guatemalteco. Tengo entendido que éste tuvo problemas por estar involucrado con el narcotráfico hace años. Luego empezó a trabajar con el DEA, que le ha pagado más de medio millón de dólares por proveerles información.

▸*¿Qué otros testigos tiene propuestos la Fiscalía?*

Declararán el director de la Policía Nacional Civil, Erwin Sperisen; los químicos que analizaron la droga incautada en las oficinas de los ex jefes policiales; un fiscal que hablará sobre la ley antinarcótica de Guatemala; dos agentes del SAIA que trabajaban en el puerto Santo Tomás y agentes del DEA que capturaron a los policías.

▸*¿Son suficientes las evidencias para condenar?*

Creemos que no. En los videos, que no se escuchan con claridad, se pueden explicar las razones de por qué están hablando Aguilar y Castillo con las personas que allí aparecen (no especifica).

▸*¿Encontró pruebas a favor de su cliente?*

Creo que sí, pero no puedo entrar en detalles.

**Eduardo Balarezo**

