UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v*. : | |
| : | |
| JORGE AGUILAR : | |

**DEFENDANT AGUILAR'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF 997 KILOGRAMS OF COCAINE SEIZED AT PORT OF SANTO TOMAS**

Defendant Jorge Aguilar, by and through undersigned counsel, respectfully moves in limine for an Order prohibiting the government from introducing evidence of 997 kilograms of cocaine allegedly seized at the Port of Santo Tomas. In support of this motion, Mr. Aguilar states as follows:

1. The government has filed its Supplemental Notice of 404(b) Evidence (document 81) seeking to introduce evidence of the seizure of 997 kilos of alleged cocaine in the Port of Santo Tomas on or about November 15, 2005. The 997 kilos were apparently packaged in 522 individual packs.

2. The government has informed the defense that samples were taken from only 24 packs out of 522. These 224 samples, representing only 4.6% of the entire seizure, were supposedly found to contain cocaine. After testing, the entire shipment was destroyed at the direction of the Guatemalan authorities.

3. Aguilar objects to the introduction of any evidence regarding the 997 kilograms because he has not had the opportunity to request testing of the non-tested portions to see if in fact the remaining portions were cocaine.[1] As a result of the destruction of the evidence,

---
[1] Aguilar notes for the Court that, out of the multiple packages seized in the Castillo's office that the government

it cannot be shown that all of it was cocaine and Aguilar would be prejudiced by the introduction as evidence of such a large seizure if it cannot be proven that it was in fact narcotic.

**WHEREFORE**, for the reasons stated above, and for all other reasons that might become apparent to the Court, Mr. Aguilar respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
September 4, 2006               Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Jorge Aguilar*

---

alleged were narcotics, a significant majority were found not to contain any narcotic substances.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Motion in Limine to Exclude Evidence of 997 Kilograms of Cocaine Seized at Port of Santo Tomas to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo