**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| | :     Case No. 05-CR-404(2) (RMC) |
| *v.* | : |
| | : |
| **JORGE AGUILAR** | : |

### O R D E R

Upon consideration of Defendant Aguilar's Motion in Limine to Exclude Evidence of 997 Kilograms of Cocaine Seized at Port of Santo Tomas, and any opposition thereto, it is this ___ day of_____ 2006, hereby

      **ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

.

_____
**ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE**