UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v*. : | |
| : | |
| **JORGE AGUILAR** : | |

## DEFENDANT AGUILAR'S MOTION TO ADOPT CODEFENDANT'S MOTION IN LIMINE

Defendant Jorge Aguilar respectfully moves the Honorable Court for leave to adopt and conform to Co-Defendant Castillo's Motion in Limine, filed August 31, 2006, and that asserts grounds for relief that Aguilar has standing to raise and are not inconsistent with relief he seeks in his own filings.  Specifically, Mr. Aguilar moves to adopt the relevant arguments stated in Castillo's Motion relating to the extraneous and editorializing comments inserted by government translators in the transcripts of calls that the government seeks to use at trial.  Mr. Aguilar maintains that the Court's granting this Motion will conserve judicial resources by limiting defense counsel's filing duplicative motions.

**WHEREFORE**, for the reasons stated above, and for all other reasons that might become apparent to the Court, Mr. Aguilar respectfully moves this Court grant him leave to adopt Defendant Castillo's Motion in Limine.

Dated: Washington, DC
September 4, 2006

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By:
_____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Jorge Aguilar*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Motion to Adopt Co-Defendant's Motion in Limine to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo