UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v*. : | |
| : | |
| JORGE AGUILAR : | |

**DEFENDANT AGUILAR'S MOTION TO ADOPT
CODEFENDANT'S OPPOSITION TO GOVERNMENT'S INTENT TO
INTRODUCE 404(B) EVIDENCE**

Defendant Jorge Aguilar respectfully moves the Honorable Court for leave to adopt and conform to Co-Defendant Castillo's Opposition to Government's Intent to Introduce 404(b) Evidence (Document 90), filed September 1, 2006, and that asserts grounds for relief that Aguilar has standing to raise and are not inconsistent with relief he seeks in his own filings. Specifically, Mr. Aguilar moves to adopt the relevant arguments stated in Castillo's Opposition relating to the seizure of 997 kilograms of cocaine at the Port of Santo Tomas after defendants' arrest in the United States. To the extent that the government's intent to use Rule 404(b) evidence against Castillo related to contraband found in Castillo's office prejudices or taints Mr. Aguilar, he also objects to the proposed use of such evidence.

Mr. Aguilar maintains that the Court's granting this Motion will conserve judicial resources by limiting defense counsel's filing duplicative motions.

**WHEREFORE**, for the reasons stated above, and for all other reasons that might become apparent to the Court, Mr. Aguilar respectfully moves this Court grant him leave to adopt Defendant Castillo's Motion in Limine.

Dated: Washington, DC
      September 4, 2006                    Respectfully submitted,

                                       **LAW OFFICE OF A. EDUARDO BALAREZO**

                                       By:
                                            _____
                                            A. Eduardo Balarezo (Bar # 462659)
                                            400 Fifth Street, NW
                                            Suite 300
                                            Washington, DC  20001
                                            (202) 639-0999

                                            *Attorney for Defendant Jorge Aguilar*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Motion to Adopt Co-Defendant's Opposition to Government's Intent to Introduce 404(b) Evidence to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo