UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v*. : | |
| : | |
| JORGE AGUILAR : | |

### DEFENDANT AGUILAR'S OPPOSITION TO GOVERNMENT'S SUPPLEMENTAL VOIR DIRE QUESTIONS

Defendant Jorge Aguilar, by and through undersigned counsel, respectfully objects to the government's Supplemental Voir Dire Questions. In support of this opposition, Mr. Aguilar states as follows:

1. The government has filed a request for supplemental voir dire questions (Document 82) asking that the panel members be questioned regarding: a) the government's use of informants; b) their knowledge of Spanish; and c) their travel experiences in Latin America.

2. Mr. Aguilar objects to the two proposed questions regarding the use of and payments to informants as inherently biased towards the government because the questions, as written, are designed to elicit responses only from individuals who may be opposed to the use of informants, while not eliciting any response from those who may be overly favorable or believing of informants.

3. Mr. Aguilar objects to the proposed questions regarding the panelist's knowledge of Spanish to the extent that the panel members should feel free to inform the Court of any material conflicts in the meaning of testimony between their own understanding and the in-court translations.

4. Mr. Aguilar objects to the proposed questions regarding travel to Latin America because they are irrelevant to issues in this case.

**WHEREFORE**, for the reasons stated above, and for all other reasons that might become apparent to the Court, Mr. Aguilar respectfully requests that the government's request for Supplemental Voir Dire Questions be **DENIED**.

Dated: Washington, DC
September 4, 2006

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By:
_____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Jorge Aguilar*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Opposition to Government's Supplemental Voir Dire Questions to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo