**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v.* : | |
| : | |
| **JORGE AGUILAR** : | |

**O R D E R**

Upon consideration of Government's Supplemental Voir Dire Questions and Defendant Aguilar's Opposition thereto, it is this ___ day of _____ 2006, hereby

**ORDERED**, that the Government's Request shall be and hereby is **DENIED**.

.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**