UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Case No. 05-CR-404(2) (RMC)** |
| *v.* | : | |
| | : | |
| **JORGE AGUILAR** | : | |

## O R D E R

Upon consideration of Government's Motion for Hearing and Defendant Aguilar's Opposition thereto, it is this ___ day of _____ 2006, hereby

**ORDERED**, that the Government's Motion shall be and hereby is **DENIED**.

.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**