UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :    Case No. 05-CR-404(2) (RMC) |
| *v.* | : |
| | : |
| **JORGE AGUILAR** | : |

## O R D E R

Upon consideration of Government's Motion to Exclude Public Authority Defense and Defendant Aguilar's Opposition thereto, it is this ___ day of_____ 2006, hereby

    **ORDERED**, that the Government's Motion shall be and hereby is **DENIED**.
.

                                    _____
                                    **ROSEMARY M. COLLYER**
                                    **UNITED STATES DISTRICT JUDGE**