UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Jorge Aguilar Garcia

Criminal No. 05-404-02

**WAIVER OF TRIAL BY JURY**

FILED

SEP - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

X _____
Defendant

_____
Counsel for Defendant

I consent:

Paul Laymon
_____
Assistant United States Attorney

APPROVED:

_____
Rosemary M. Collyer
United States District Judge

Dated: 7 Sept 2006