UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 05-404 |
| v. | : | |
| JORGE AGUILAR GARCIA | : | FILED SEP - 7 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**STATEMENT OF FACTS**

In September, October, and November 2005, Defendants Adan Castillo Aguilar, Jorge Aguilar Garcia, and Rubilio Orlando Palacios were senior anti-narcotics police officers in Guatemala, Central America. Adan Castillo was the Chief of the *Servicio de Analisis e Informacion Antinarcoticos*, or SAIA. Jorge Aguilar was the Executive Officer of the same group. Rubilio Orlando was the Chief of Security for SAIA at the Port of Santo Tomas in Guatemala, on the Carribean Sea. The SAIA had the authority to investigate drug trafficking crimes in Guatemala, and as discussed further below, had employees at the sea port in Santo Tomas who inspected containers coming through the port.

In September and November 2005, the three defendants met in Guatemala with DEA informants. On September 1, 2005, defendants Castillo, Aguilar, and Palacios together met with the informants. On September 20, 2005, defendants Castillo and Palacios met with the informants, and on November 7, 2005, defendants Castillo and Aguilar met with the informants. These meetings were video taped, and were observed by United States DEA agents. The informants, posing as drug traffickers, sought to smuggle large loads of cocaine through the sea port at Santo Tomas, Guatemala. The SAIA had authority to inspect containers coming through the port, and so had employees working at the port, including Palacios, who inspected containers

coming through the port. Defendant Castillo was head of SAIA, and with his deputy, the defendant Jorge Aguilar, he directed SAIA activities at the port. The DEA informants, in their roles as drug traffickers, sought the cooperation of the three defendants in not inspecting loads of cocaine coming into the port. Eventually the three defendants agreed that, once the cocaine came into the port of Santo Tomas, the three defendants would work to ensure that the cocaine was not inspected by SAIA employees. Further, in recorded conversations between the defendants Castillo and Aguilar, and the informants, the defendants agreed to assist the informants in the informants' efforts to transport the cocaine to the Mexican border. The type and extent of this assistance was not fully detailed in the recorded conversations, but it was clear that the defendants were prepared to offer some kind of SAIA protection for the cocaine.

The video taped meetings with defendants Castillo, Aguilar, and Palacios reveal that the informants proposed to transport large amounts of cocaine, in excess of 1000 kilograms, into the Port of Santo Tomas for eventual delivery to the United States. The informants paid the three defendants at least $25,000.00 (total) in U.S. currency, and all three defendants received some of the money. The money, which defendants Castillo, Aguilar, and Palacios fully understood was meant as an illicit bribe, was paid to the defendants to develop a relationship of trust with the defendants and to secure the cooperation of the defendants in the illicit scheme to transport cocaine into the port and then beyond the port.

In the last meeting involving the informants and the defendants Castillo and Aguilar, held in a public restaurant in Guatemala and partly observed by DEA agents who were nearby, defendant Castillo can be seen on tape accepting a magazine containing ten thousand dollars in US currency. Aguilar was seated next to Castillo at the time. Castillo eventually shared this money with Aguilar and Palacios.

DEA agents arrested all three defendants on November 15, 2005 in the United States. When arrested, defendants Jorge Aguilar and Rubilio Orlando Palacios possessed some of the U.S. currency which the DEA informants had previously paid to the defendants.

Although all three defendants did agree to assist the informants (posing as drug traffickers) in moving cocaine through and out of the port at Santo Tomas, no cocaine was ever delivered by the informants.


_____
JORGE AGUILAR GARCIA
DEFENDANT

_____
EDUARDO BALAREZO
ATTORNEY FOR DEFENDANT


_____
MICHAEL C. MOTA
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
WASHINGTON, D.C.

_____
PAUL W. LAYMON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
WASHINGTON, D.C.


\_\_\_7 Sep 06_____
DATE