UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. Cr-05-404 (RMC) |
| v. : | Next Date: 1/19/07 |
| : | |
| JORGE AGUILAR : | |

### DEFENDANT AGUILAR'S MOTION FOR ENLARGEMENT OF TIME TO FILE RECEIPT AND ACKNOWLEDGMENT

Defendant Jorge Aguilar ("Aguilar"), by and through undersigned counsel, respectfully moves the Court for an extension of time to file the Receipt and Acknowledgment to the Pre-Sentence Investigation Report ("PSI"). In support of this Motion, Aguilar states as follows:

1. The initial PSI has been completed and Aguilar has until December 26 to file the Receipt and Acknowledgement to the PSI to the Probation Office.

2. Undersigned counsel obtained the PSI on December 18. Counsel completed a lengthy trial before Judge Ellen Huvelle just last Friday and must be available throughout the day for the deliberating jury. Additionally, counsel also appeared for a motions hearing before Judge Richard Roberts from December 18 to 20. Finally, with the impending holidays and various personal obligations, counsel will not be able to visit Aguilar in order to review the PSI before the deadline for submissions.

3. Aguilar respectfully requests an enlargement of time of one week (until January 2) to submit any material inaccuracies or disputes to the probation office. Sentencing is scheduled for January 19, 2007, and a review of the PSI does not reveal to counsel any issues that would materially affect the PSI. Thus, an additional week would not prejudice any of the

parties or the Probation Office.

4. Counsel attempted to contact AUSA Paul Laymon to ascertain the government's position regarding this motion. However, AUSA Laymon appears to be away from the office and unavailable.

**WHEREFORE**, for the foregoing reasons and those that may appear to the Court, Aguilar respectfully requests the Honorable Court to enlarge by one week the time for submitting the Receipt and Acknowledgment to the Probation Office.

Dated:   Washington, DC
         December 21, 2006         Respectfully submitted,

                                   **LAW OFFICE OF A. EDUARDO BALAREZO**


                        By:        _____
                                   A. Eduardo Balarezo, Esq. (Bar # 462659)
                                   400 Fifth Street, NW
                                   Suite 300
                                   Washington, DC  20001

                                   *Counsel for Defendant Jorge Aguilar*

2

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December 2006, I caused a true and correct copy of the foregoing Defendant Aguilar's Motion for Enlargement of Time to File Receipt and Acknowledgement to the PSI to be delivered to the parties in this case via Electronic Case Filing.

_____
A. Eduardo Balarezo