UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. Cr-05-404 (RMC)** |
| *v*. : | Next Date: 7/6/06 |
| : | |
| **JORGE AGUILAR** : | |

## ORDER

Upon consideration of Defendant Aguilar's Motion for Enlargement of Time to File Receipt and Acknowledgment to PSI, and any opposition, it is this _____ day of _____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**