UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-404 (RMC) |
| ) | |
| JORGE AGUILAR GARCIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant Jorge Aguilar Garcia's motion for an extension of time to file a receipt and acknowledgment to the Pre-Sentence Investigation Report. Currently, Defendant must file the receipt an acknowledgment by December 26, 2006. Good cause appearing, it is hereby

**ORDERED** that Defendant motion is **GRANTED**; Defendant shall file his receipt and acknowledgment to the Pre-Sentence Investigation Report no later than January 2, 2007. **IT IS FURTHER ORDERED** that Defendant shall notify the Probation Office that the Court has granted the foregoing extension.

**SO ORDERED**.

Date: December 21, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge